UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                    Case No.: 15-28607-JKO
                                                                          CHAPTER 7
HOSTE, GARY FRANCIS

_____DEBTOR(S)_____/

### TRUSTEE'S MOTION TO COMPEL AND FOR SANCTIONS AGAINST DEBTOR AND DEBTOR'S COUNSEL

TRUSTEE, SONYA L. SALKIN, hereby files this Motion to Compel and for Sanctions Against Debtor and Debtor's Counsel and states as follows:

1. The Debtor's initial 341 Meeting of Creditors was conducted on November 23, 2015.

2. The meeting was attended by attorneys, Christian D. Posada, Esq. for Shochet Law Group and Mark W. Rickard, Esq. for Law Guard representing creditors.

3. At that hearing, after questioning by the Trustee and the Mr. Rickard, the matter was continued to December 6, 2015 at 11:30.

4. The purpose of the continuance was to allow the Debtor to provide documentation and to answer further questions concerning numerous undisclosed assets and transfers, the least of which was the location of $325,000 of purchased gold and other precious metals which had been located through subpoena to APMEX, Inc. None of which was disclosed in the schedules.

5. The continued 341 hearing was properly noticed.

6. Neither debtor nor debtor's counsel, Matthew R. McGuigan, appeared.

7. Trustee called Debtor's counsel from the 341 meeting room on the record. He responded that the Debtor did not appear because Debtor needed more time to get the documents together. He stated that he had sent the Trustee an email the morning of the 341 hearing advising that he would not be in attendance.

8. Trustee has searched all email addresses and has not located Debtor's counsel

email. Besides which, she was already in 341 hearings when counsel proposes that the email was sent. No attempt was made by Debtor's counsel to call the Trustee's office.

9. As a result, both attorneys and the Trustee incurred time and expense to attend a 341 meeting, where both debtor and his counsel chose to not attend.

10. Mr. Posada incurred 4 hours at $250.00 per hour, Mr. Rickard incurred 2 hours at $400.00 per hour, as evidence by their attached affidavits. Exhibits A and B.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order Awarding Fees from Debtor's counsel, Matthew R. McGuigan, to cover creditor's counsel's fees, compel the Debtor to attend the continued 341 hearing on January 7, 2016 at 11:30 and produce the documents concerning the location of all gold and precious metals purchased over the last fifteen years and other documents requested by the Trustee.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Compel was mailed to the debtor, Gary Francis Hoste, 711 Bay Shore Drive, Apt 302, Fort Lauderdale, FL 33304, emailed and mailed debtor's counsel Matthew R. McGuigan, 2110 NW 110th Lane, Pompano Beach, FL 33071; attorneys for creditors Christian D. Posada, 3900 Woodlake Blvd., Suite 202, Greenacres, FL 33463 and Mark Rickard, P.O. Box 16207, Plantation, FL 33318 and the U.S. Trustee's Office, 51 SW 1st Ave., Room 1204, Miami, FL 33130 on this 21th day of December, 2015.

By: /s/ Sonya L. Salkin, Trustee
Sonya L. Salkin, Trustee
P.O. Box 15580
Plantation, FL 33318
(954) 423-4469

Case 15-28607-JKO    Doc 22    Filed 12/21/15    Page 3 of 8

United States Bankruptcy Court
Southern District of Florida

Case Number: 15-28607-JKO
Chapter: 7

In Re:

Gary Francis Hoste

Debtor.
_____/

## AFFIDAVIT OF COUNSEL AS TO ATTORNEY'S FEES AND COSTS

STATE OF FLORIDA          :
COUNTY OF PALM BEACH  :

BEFORE ME, the undersigned authority, personally appeared CHRISTIAN D. POSADA, after being duly sworn, deposes and says:

1. I am over the age of 21 and have personal knowledge of the matters set forth herein.

2. I am an attorney with the Law firm of The Shochet Law Group. As an attorney with this firm, I am familiar with the services rendered and all costs and expenses incurred on behalf of the firm related to this action.

3. The figures for fees and expenses submitted in this matter, are true and to the best of my knowledge.

4. Attorney Rates and Hours Expended: This application is based upon professional services rendered by attorney Christian D. Posada, for the Shochet Law Group. Services were rendered at the rates and for the number of hours described below:

Exhibit A

| **Attorney** | **Rate** | **Total Hours** | **Total Comp(s)** |
|---|---|---|---|
| Christian D. Posada (Attend Continued 341 meeting) | $250.00 | 2 | $500.00 |
| Travel time | $250.00 | 2 | $500.00 |
| TOTAL FEES | | | $1,000.00 |

5. This application covers the time period commencing December 16, 2015 through December 16, 2015.

6. Attached hereto as Exhibit "A" are time entries and time records for each service and costs provided.

7. The fees and expenses submitted in this matter are necessary and reasonable for this action

## VERIFICATION

FURTHER AFFIANT SAYETH NAUGHT.

Dated: December 21, 2015

_____
CHRISTIAN D. POSADA

Before me, the undersigned authority, personally appeared CHRISTIAN D. POSADA, who, after being duly sworn, deposes and says that the foregoing Affidavit is true and correct to the best of his knowledge. He is personally known to me and did take an oath.



JOYCE VALENTIN
MY COMMISSION #FF119145
EXPIRES: MAY 04, 2018
Bonded through 1st State Insurance

_____
Notary Public, State of Florida at Large

Joyce Valentin
Printed/Typed Name of Notary

# Randall M. Shochet, JD, DMD

3900 Woodlake Blvd.
Suite 202
Greenacres, FL
USA 33463

---

**Accounting Shochet Law Group**

**Re:** SLG v. Hoste

**Date:** 12/21/2015
**File Number:** SLG 66/012
**Invoice Number:** Draft

---

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 12/16/2015 | CDP | Attend Continued 341 meeting (including travel time) and reviewing of file | 4.00 | 1,000.00 |
| | | **Total Fees** | **4.00** | **$1,000.00** |

**Time Summary**

| Initials | Rate | Hours | Amount |
|---|---|---|---|
| CDP | 250.00 | 4.00 | 1,000.00 |

**TOTAL NEW CHARGES**                                                                 $1,000.00

**STATEMENT OF ACCOUNT**
 Prior Balance                                                                              585.50
 Current Fees                                                                             1,000.00
**AMOUNT DUE AND OWING TO DATE**                                             **$1,585.50**

PER: _____

**Randy Shochet**



IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORDIA
FORT LAUDERDALE

In Re

GARY FRANCIS HOSTE,　　　　　　　　　　　　Case No.15-28607-JKO
Debtor.　　　　　　　　　　　　　　　　　　　Chapter 7

_____ )

**AFFIDAVIT IN SUPPORT OF COSTS AND ATTORNEY'S FEES**

State of Florida    ) ss
County of Broward  )

    Before me, the undersigned authority, personally appeared Mark W Rickard, who, after being duly sworn, states that:

1. I am the attorney for Judgment Creditor, Jeffrey Miller, in the above styled matter and as such give this Affidavit.

2. I appeared for the 341 Meeting scheduled for December 16, 2015 at 11:30AM.

3. The debtor, Gary Hoste, and his counsel both failed to appear.

4. The Trustee, Sonya Salkin, was able to reach debtor's counsel, Matthew McGuigan, by phone and appearances were made. However, no testimony could be taken and no documents were produced. The hearing concluded at approximately 1:00 PM.

5. Mr. Miller has expended $0.00 in costs related to this hearing.

6. The attorney's time reasonably expended on this matter is 2 hours, which time is billed by Mark W. Rickard, P.A. d/b/a Law Guard to Mr. Miller.

4. The reasonable hourly rate for the attorney's services is $400.00 per hour, and is consistent with the rate charged in this community by lawyers of comparable skill, experience and reputation, for similar services.

    Further your Affiant sayeth naught.

_____
Mark W Rickard

Sworn to and subscribed before me on ___December 17, 2015___

_____
Beverley L. Klassman
Signature of Notary Public

Name of Notary: BEVERLEY L. KLASSMAN
Notary Public - State of Florida
My Commission Expires Mar 5, 2019
Commission # FF 175100
Bonded through National Notary Assn.

Affiant: __X__ Known    ____ Produced ID

Exhibit B