**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)*    **15-28607**

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

■ Check if this an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

**The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Identify Yourself |
| --- | --- |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- |
| **1.  Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or  passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Gary**<br>First name<br><br>**Francis**<br>Middle name<br><br>**Hoste**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.  All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| **3.  Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-5959** |  |

Debtor 1    **Gary Francis Hoste**                                              Case number *(if known)*   **15-28607**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

☐ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

**711 Bay Shore Drive, Apt. 302**
**Fort Lauderdale, FL 33304**
Number, Street, City, State & ZIP Code

**Broward**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
    Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
    Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Gary Francis Hoste**                                                     Case number *(if known)*    **15-28607**

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.    How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|---|
| | District | _____ | When | Case number, if known | _____ |
| | Debtor | _____ | | Relationship to you | _____ |
| | District | _____ | When | Case number, if known | _____ |

**11.    Do you rent your residence?**

- ☐ No.    Go to line 12.
- ■ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  - ■ No. Go to line 12.

  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Gary Francis Hoste**                                    Case number *(if known)*    **15-28607**

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.

☒ Yes.    Name and location of business

**Gary Hoste, DC**
Name of business, if any

**2351 W. Atlantic Blvd.**
**Pompano Beach, FL 33069**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☒ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.    What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

Number, Street, City, State & Zip Code

---

Debtor 1  **Gary Francis Hoste**

Case number *(if known)*  **15-28607**

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Gary Francis Hoste**                                                            Case number *(if known)*  **15-28607**

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Gary Francis Hoste**
_____
**Gary Francis Hoste**
Signature of Debtor 1

Signature of Debtor 2
_____

Executed on  **January 29, 2016**
              MM / DD / YYYY

Executed on  _____
              MM / DD / YYYY

Debtor 1    **Gary Francis Hoste**                                                    Case number *(if known)*    **15-28607**

---

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

**/s/ Matthew S. Kish**                                            Date    **January 29, 2016**
Signature of Attorney for Debtor                                                 MM / DD / YYYY

**Matthew S. Kish**
Printed name

**Kish Law Firm, PLLC**
Firm name

**1200 N. Federal Hwy**
**Suite 200**
**Boca Raton, FL 33432**
Number, Street, City, State & ZIP Code

Contact phone    **561-210-8365**                 Email address    **matt@kish-law.com**

**491460**
Bar number & State

---

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td colspan="3"><strong>Gary Francis Hoste</strong></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse if, filing)</td><td></td><td></td><td></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td colspan="3">SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3"><strong>15-28607</strong></td></tr>
</table>

■ Check if this is an
   amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B..................................................... | $           0.00 |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B............................................ | $      288,323.17 |
|  | 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $      288,323.17 |

### Part 2:    Summarize Your Liabilities

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $      336,539.57 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $       20,397.74 |
|  | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $      958,251.46 |
|  | **Your total liabilities** | $     1,315,188.77 |

### Part 3:    Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................. | $        5,389.15 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $        5,389.15 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7.  **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

Debtor 1    **Gary Francis Hoste**                                              Case number *(if known)*  **15-28607**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
| --- | --- |
| 9a. Domestic support obligations (Copy line 6a.) | $              0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $         20,397.74 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $              0.00 |
| 9d. Student loans. (Copy line 6f.) | $         95,339.18 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $              0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$              0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $        115,736.92 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Gary Francis Hoste** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **15-28607** |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

**1.1**

**1504 N. Ocean Blvd., Unit 223**
Street address, if available, or other description

**Pompano Beach    FL    33062-0000**
City    State    ZIP Code

**Broward**
County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
■ Timeshare
☐ Other

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **Unknown**

Current value of the portion you own? **Unknown**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Timeshare**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........=>**  | **$0.00** |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

Debtor 1   **Gary Francis Hoste**                                    Case number *(if known)*   **15-28607**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>    | **$0.00** |

| **Part 3:** | Describe Your Personal and  Household Items |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| TV, Couch Set, Dining Set, Bed, Fouton, Fish Tank | $1,000.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes.  Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

| Items in Lighthouse Point storage facility (nominal value):<br><br>Wood shelving units<br>Metal storage and file cabinets<br>1 small refrigerator<br>Various used tools<br>Assorted holiday decorations<br>Camping gear and other used sporting goods<br>Assorted patient files<br><br>2 refrigerators (owned by friend of debtor) | $100.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| (1) bicycle (5 years old)<br>(1) set of gold clubs (10 years old, purchased used) | $50.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

---

Debtor 1    **Gary Francis Hoste**                                    Case number *(if known)*  **15-28607**

**11.  Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| Assorted used mens clothing, shoes, and other garments | $500.00 |
|---|---|

**12.  Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| (1) mason's ring<br>(1) silver wedding ring<br>(1) Seiko watch | $100.00 |
|---|---|

**13.  Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

| 15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ......................................................................... | $1,750.00 |
|---|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16.  Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes...........................................................................................

|  | **Cash** | $50.00 |
|---|---|---|

**17.  Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................

| | Institution name: | |
|---|---|---|
| 17.1. | **Bank United Checking Account -**<br>**XXXXXXXX1425**<br>**1730 Sunrise Blvd., Fort Lauderdale, FL** | $37,025.81 |
| 17.2. | **Citi Bank Checking Account -**<br>**3101 N. Federal Highway, Fort Lauderdale, FL** | $70.00 |
| 17.3.  **Business checking acct: *4408** | **Owner: UCRC, Inc., dba Universal Chiropractic**<br>**Bank of America**<br>**2351 W. Atlantic Blvd.**<br>**Pompano Beach, FL 33069** | $26.87 |

Debtor 1    **Gary Francis Hoste**                                    Case number *(if known)*    15-28607

18.  **Bonds, mutual funds, or publicly traded stocks**
      *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
      ☑ No
      ☐ Yes.................                    Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
      ☑ No
      ☐ Yes.  Give specific information about them...................
                              Name of entity:                              % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
      *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
      *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
      ☑ No
      ☐ Yes. Give specific information about them
                              Issuer name:

21.  **Retirement or pension accounts**
      *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
      ☐ No
      ☑ Yes. List each account separately.
                  Type of account:              Institution name:

                                                **Suntrust West IRA**                              **$56,400.00**

22.  **Security deposits and prepayments**
      Your share of all unused deposits you have made so that you may continue service or use from a company
      *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
      ☐ No
      ☑ Yes. .....................
                                                Institution name or individual:

                                                **Security Deposit with Souza Reality, LLC**      $1,900.00
                                                **P.O. Box 307**
                                                **Newport, KY 41072**

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
      ☑ No
      ☐ Yes............    Issuer name and description.

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
      26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
      ☑ No
      ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
      ☑ No
      ☐ Yes.  Give specific information about them...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
      *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
      ☑ No
      ☐ Yes.  Give specific information about them...

27.  **Licenses, franchises, and other general intangibles**
      *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
      ☐ No
      ☑ Yes.  Give specific information about them...

Debtor 1    **Gary Francis Hoste**                                    Case number *(if known)*   **15-28607**

| FL Chiropractic Physician License No: CH9414 | |
|---|---|
| **Sub-Licenses:** | |
| **Cindi Chan - Reg. Chiro. Asst.** | |
| **Kristalee Suer - Reg. Chiro. Asst.** | **Unknown** |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
- ☐ No
- ☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 80% of any tax refund for FY 2015 (Jan. 1, 2015 through Petition Date) | Federal | Unknown |
|---|---|---|

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☑ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☑ No
- ☐ Yes.  Give specific information..

**31.  Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☑ No
- ☐ Yes. Name the insurance company of each policy and list its value.
   Company name:                          Beneficiary:                          Surrender or refund value:

**32.  Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ☑ No
- ☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☐ No
- ☑ Yes.  Describe each claim.........

| Debtor 1 | **Gary Francis Hoste** | | Case number *(if known)* | **15-28607** |

| | |
|---|---|
| Malpractice and/or breach of fiduciary duty claim against The Shochet Law Group and/or Randall M. Shochet, Esq., in connection with representing the debtor in connection with his ownership of CBA Health & Wellness LLC, d/b/a Universal Chiropractic, and/or UCRC Holdings, Inc.<br><br>(Claim value estimated to be $500,000.00, plus attorneys' fees and costs incurred in defending that lawsuit filed in the U.S. Southern District Court of Florida captioned: Miller v. Hoste; Case No.: 11-CV-61946-Rosenbaum (the "Miller Lawsuit"))<br><br>Pursuant to the terms of a confidential settlement agreement entered in connection with the Miller Lawsuit, Jeffery Miller is entitled to 50% of the net recovery, if any, from the suit against Shochet. | **Unknown** |
| Malpractice and/or breach of fiduciary duty claim against RDH Services, Inc. in connection with providing bookeeping and/or tax preparation services for CBA Health & Wellness LLC, d/b/a Universal Chiropractic, and/or UCRC Holdings, Inc. from the years 2008 through 2010<br><br>(Claim value estimated to be $500,000.00, plus attorneys' fees and costs incurred in defending that lawsuit filed in the Miller Lawsuit<br><br>Pursuant to the terms of a confidential settlement agreement entered in connection with the Miller Lawsuit, Jeffery Miller is entitled to 50% of the net recovery, if any, from any suit against RDH Services. | **Unknown** |
| Contingent claims against Jeffery Miller and/or his agents for breach of contract, slander and/or libel, disparagment, and/or otherwise describing Debtor in bad light, in breach of express terms of confidential Settlement Agreement<br><br>(Claim value unknown) | **Unknown** |
| Broward Co. County Court Case No: 2014-SC-015656-55 (PIP Small Claims)<br>Breach of contract claim against Geico for alleged failure to abide by terms of insurance policy | **$3,761.49** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☑ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ☐ No
   ☑ Yes.  Give specific information..

Debtor 1    **Gary Francis Hoste**                                                    Case number *(if known)*    **15-28607**

---

| | |
|---|---|
| -92 oz. gold coins/plates - FMV a.o petition date: $105,957 (see detailed inventory list, with location, attached as Exhibit 2) <br> -3,726 oz. silver coins - FMV a.o petition date: $59,093 (see detailed inventory list, with location, attached as Exhibit 2) <br> -17 oz. gold mapleleafs - FMV a.o petition date: $20,009 <br><br> All items held in secured storage facilities in Singapore and/or Lighthouse Point, FL, and are presumptively held as tenancy by entirties. See In re Kossow, 325 B.R. 478, 485 (Bankr. S.D.Fla. 2005). | **$186,059.00** |

---

36.   Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................................

**$285,293.17**

---

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.   **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.   **Accounts receivable or commissions you already earned**
☐ No
☑ Yes.  Describe.....

| | |
|---|---|
| Accounts receivable from personal chiropractic practice (nominal value) | **Unknown** |

39.   **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
☑ Yes.  Describe.....

| | |
|---|---|
| Various office equiptment: <br><br> 1 Electric stimulation machine - $500 <br> 1 Chiro Table - $500 <br> 3 Computers - $100 <br> 2 massage tables - $50 <br> 2 file cabinets - $50 <br> Patient file cabinet - $25 <br> Printer - $25 <br> 2 Ikea desks - $20 <br> 1 Massage Chair - $10 | **$1,280.00** |

40.   **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
☑ Yes.  Describe.....

---

Debtor 1    **Gary Francis Hoste**                                              Case number *(if known)*  **15-28607**

> Items in Lighthouse Point storage facility:
>
> 1 x-ray machine
> 1 chiropractic table
> 6 office chairs
> Assorted plastic storage bins
>
>                                                                    Unknown

41. **Inventory**
    ☑ No
    ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
    ☑ No
    ☐ Yes.  Give specific information about them...................
                   Name of entity:                                % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ☑ No.
    ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

        ☑ No
        ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
    ☑ No
    ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...............................................................................................  |  **$1,280.00**

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☑ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................  |  **$0.00**

Debtor 1 **Gary Francis Hoste**                                                                 Case number *(if known)*  **15-28607**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ......................................................................................................                    **$0.00**

56. **Part 2: Total vehicles, line 5**                                                                **$0.00**

57. **Part 3: Total personal and household items, line 15**                                          **$1,750.00**

58. **Part 4: Total financial assets, line 36**                                                      **$285,293.17**

59. **Part 5: Total business-related property, line 45**                                             **$1,280.00**

60. **Part 6: Total farm- and fishing-related property, line 52**                                    **$0.00**

61. **Part 7: Total other property not listed, line 54**                                      +      **$0.00**

62. **Total personal property.** Add lines 56 through 61...          **$288,323.17**        Copy personal property total          **$288,323.17**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62

                                                                                        | **$288,323.17** |

# Order History

| Order Number | Order Date | Total | Status | Shipping Date |
|---|---|---|---|---|
| 6690083 | Jun 7, 2013 | $25,743.42 | Order Shipped | June 10, 2013 |
| 6254495 | Feb 27, 2013 | $21,504.07 | Order Shipped | March 18, 2013 |
| 6048398 | Dec 28, 2012 | $16,485.00 | Order Shipped | January 17, 2013 |
| 5205323 | Dec 14, 2011 | $33,067.80 | Order Shipped | January 3, 2012 |
| 4726406 | May 11, 2011 | $24,472.40 | Order Shipped | May 25, 2011 |
| 4670687 | Apr 27, 2011 | $10,130.82 | Order Shipped | May 19, 2011 |
| 4420427 | Jan 20, 2011 | $13,182.40 | Order Shipped | February 8, 2011 |
| 4355786 | Dec 15, 2010 | $15,759.95 | Order Shipped | December 29, 2010 |
| 4290368 | Nov 9, 2010 | $16,286.58 | Order Shipped | November 22, 2010 |
| 4255646 | Oct 20, 2010 | $9,612.08 | Order Shipped | November 8, 2010 |
| 4243271 | Oct 12, 2010 | $12,400.10 | Order Shipped | October 28, 2010 |
| 4237121 | Oct 7, 2010 | $9,111.02 | Order Shipped | October 25, 2010 |
| 4175225 | Aug 20, 2010 | $2,049.88 | Order Shipped | September 3, 2010 |
| 4156475 | Jul 27, 2010 | $8,087.70 | Order Shipped | August 11, 2010 |
| 4132811 | Jul 1, 2010 | $14,573.45 | Order Shipped | July 15, 2010 |

# Order History

Your Account

| Order Number | Order Date | Total | Status | Shipping Date |
|---|---|---|---|---|
| 4131488 | Jun 30, 2010 | $10,597.12 | Order Cancelled | |
| 4107533 | Jun 3, 2010 | $6,317.70 | Order Shipped | June 17, 2010 |
| 4068878 | May 4, 2010 | $7,559.03 | Order Shipped | May 24, 2010 |
| 4053293 | Apr 16, 2010 | $7,283.43 | Order Shipped | April 29, 2010 |
| 4037879 | Mar 30, 2010 | $4,589.95 | Order Shipped | April 14, 2010 |
| 4014743 | Mar 10, 2010 | $4,972.15 | Order Shipped | March 24, 2010 |
| 3976604 | Feb 5, 2010 | $5,245.75 | Order Shipped | February 16, 2010 |
| 3840716 | Oct 30, 2009 | $6,917.75 | Order Shipped | November 17, 2009 |
| 3816425 | Oct 12, 2009 | $3,185.59 | Order Shipped | October 28, 2009 |

Page: < 1 2

# Details For Order Number: 6690083

Order Status: **Order Shipped**

## Order Information

**Order Number:** 6690083

**Order Date:** 6/7/2013 12:05:30 PM

**Special Request:**

There are no special requests for this order.

## Order Summary

| Item Description | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|
|  1 oz Gold Canadian Maple Leaf - Random Year | $1,385.20 | 18 | $1,430.19 | $25,743.42 |

**Congratulations!**
Because your order qualifies for QuickShip® your order is guaranteed to ship the next business day. Find out more about QuickShip® here.

**QUICKSHIP®**

| | |
|---|---|
| **Sub-Total:** | **$25,743.42** |
| **Shipping, Handling & Insurance:** | **FREE** |
| Order Total: | **$25,743.42** |

## Details For Order Number: 6254495

Order Status: **Order Shipped**

### Order Information

| | |
|---|---|
| **Order Number:** | 6254495 |
| **Order Date:** | 2/27/2013 11:52:58 PM |

**Special Request:**

only gary hoste or cindi chan are allowed to sign upon dilevery

### Order Summary

| Item Description | | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| | 1 oz Gold Canadian Maple Leaf - Random Year | $1,598.40 | 3 | $1,653.39 | $4,960.17 |
| | 2013 1 oz Gold Canadian Maple Leafs (10-Coin MintDirect® Tube) | $1,598.40 | 1 | $16,543.90 | $16,543.90 |

| | |
|---|---|
| **Sub-Total:** | **$21,504.07** |
| **Shipping, Handling & Insurance:** | **FREE** |
| Order Total: | **$21,504.07** |

## Details For Order Number: 6048398

Order Status: **Order Shipped**

## Order Information

| | |
|---|---|
| **Order Number:** | 6048398 |
| **Order Date:** | 12/28/2012 11:03:55 AM |

**Special Request:**

There are no special requests for this order.

*Asi<*

## Order Summary

| Item Description | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|
| 2013 Silver Maple Leaf (25-Coin MintDirect® Tube) | $30.00 | 20 | $824.25 | $16,485.00 |

| | |
|---|---|
| **Sub-Total:** | **$16,485.00** |
| **Shipping, Handling & Insurance:** | **FREE** |
| Order Total: | **$16,485.00** |

## Details For Order Number: **4726406**

Order Status: **Order Shipped**

## Order Information

| | | | |
|---|---|---|---|
| **Order Number:** | 4726406 | **Special Request:** | |
| **Order Date:** | 5/11/2011 12:20:15 PM | There are no special requests for this order. | |

## Order Summary

| Item Description | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|
| 1 kilo (32.15 oz) APMEX Silver Bar (IRA Acceptable) (May 31st) | $35.27 | 20 | $1,223.62 | $24,472.40 |

| | |
|---|---|
| **Sub-Total:** | **$24,472.40** |
| **Shipping, Handling & Insurance:** | **FREE** |
| Order Total: | **$24,472.40** |

## Details For Order Number: **4670687**

Order Status: **Order Shipped**

## Order Information

| | | | |
|---|---|---|---|
| **Order Number:** | 4670687 | **Special Request:** | |
| **Order Date:** | 4/27/2011 12:46:14 PM | please give me dollars or half dollars thank you | |

## Order Summary

| Item Description | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|
| 90% Silver Coins - $100 Face Value Bag | $46.64 | 3 | $3,376.94 | $10,130.82 |

| | | |
|---|---|---|
| **Sub-Total:** | **$10,130.82** |
| **Shipping, Handling & Insurance:** | **FREE** |
| Order Total: | **$10,130.82** |

Welcome, gary hoste

## Details For Order Number: 4420427

Order Status: **Order Shipped**

## Order Information

**Order Number:**   4420427
**Order Date:**   1/20/2011 10:57:20 AM

**Special Request:**
There are no special requests for this order.

## Order Summary

| Item Description | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|
| (1 oz) .9999+ Fine Gold Bar Perth Mint (In Assay Card) | $1,349.90 | 5 | $1,399.89 | $6,999.45 |
| 2011 - (1 oz) Silver Maple Leafs - Brilliant Uncirculated | $27.70 | 200 | $30.79 | $6,158.00 |

| | |
|---|---|
| **Sub-Total:** | **$13,157.45** |
| **Shipping, Handling & Insurance:** | **$24.95** |
| Order Total: | **$13,182.40** |

**Welcome,** gary hoste

## Details For Order Number: **4355786**

Order Status: **Order Shipped**

## Order Information

| | | |
|---|---|---|
| **Order Number:** | 4355786 | |
| **Order Date:** | 12/15/2010 7:52:18 PM | |

**Special Request:**
request.signature



## Order Summary

| Item Description | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|
| Canada 1 oz Silver Maple Leafs - Brilliant Uncirculated | $28.99 | 500 | $31.48 | $15,740.00 |

| | |
|---|---|
| **Sub-Total:** | **$15,740.00** |
| **Savings:** | **($5.00)** |
| **Shipping, Handling & Insurance:** | **$24.95** |

**Order Total:  $15,759.95**

## Details For Order Number: 4290368

Order Status: **Order Shipped**

## Order Information

**Order Number:**     4290368
**Order Date:**     11/9/2010 6:57:26 PM

**Special Request:**
There are no special requests for this order.

*A sic*

## Order Summary

| Item Description | | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| | 2011 - (1 oz) Silver Maple Leafs – Brilliant Uncirculated | $27.43 | 200 | $30.52 | $6,104.00 |
| | (1 oz) Gold Australian Kangaroos &/or Nuggets | $1,399.10 | 7 | $1,451.09 | $10,157.63 |

|  |  |
|---|---|
| **Sub-Total:** | **$16,261.63** |
| **Shipping, Handling & Insurance:** | **$24.95** |
| Order Total: | **$16,286.58** |

Details For Order Number: **4255646**

Order Status: **Order Shipped**

## Order Information

| | | |
|---|---|---|
| **Order Number:** | 4255646 | |
| **Order Date:** | 10/20/2010 12:52:43 AM | |

**Special Request:**

There are no special requests for this order.

*A j a*

## Order Summary

| Item Description | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|
| (1 oz) .9999+ Fine Gold Bar Perth Mint (In Assay Card) | $1,339.60 | 7 | $1,369.59 | $9,587.13 |

| | | |
|---|---|---|
| **Sub-Total:** | | **$9,587.13** |
| **Shipping, Handling & Insurance:** | | **$24.95** |
| Order Total: | | **$9,612.08** |

Welcome, gary hoste

## Details For Order Number: 4243271

Order Status: **Order Shipped**

## Order Information

**Order Number:**    4243271

**Order Date:**    10/12/2010 11:19:40 AM

**Special Request:**
There are no special requests for this order.

## Order Summary

| Item Description | | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| | (1 oz) .9999+ Fine Gold Bar/Credit Suisse In Assay Card(Oct 22nd) | $1,348.60 | 3 | $1,378.59 | $4,135.77 |
| | 4 oz - (2010) $100 Bill .999 Fine Silver (w/Box) | $23.22 | 1 | $117.84 | $117.84 |
| | (IRA Acceptable) - (KILO) .999 Fine Silver Bars (APMEX) | $23.22 | 10 | $783.34 | $7,833.40 |
| | O-45 Religious Cross - 1 oz (.999) Fine Silver Round | $23.22 | 1 | $29.21 | $29.21 |
| | X-15 Bethlehem - Enameled - 1 oz (.999) Fine Silver Round | $23.22 | 1 | $36.99 | $36.99 |



| Product | | | | |
|---|---|---|---|---|
| X-12E Santa/Workshop - Enameled - 1 oz (.999) Fine Silver Round | $23.22 | 1 | $36.99 | $36.99 |
| X-10E Snowman - Enameled - 1 oz (.999) Fine Silver Round | $23.22 | 1 | $36.99 | $36.99 |
| X-9E Santa Face/Bell - Enameled - 1 oz (.999) Fine Silver Round | $23.22 | 1 | $36.99 | $36.99 |
| X-7E Wisemen - Enameled - 1 oz (.999) Fine Silver Round | $23.22 | 1 | $36.99 | $36.99 |
| X-6E Peace/Dove - Enameled - 1 oz (.999) Fine Silver Round | $23.21 | 1 | $36.99 | $36.99 |
| X-4E Child Angel - Enameled - 1 oz (.999) Fine Silver Round | $23.22 | 1 | $36.99 | $36.99 |

**Sub-Total:** **$12,375.15**

**Shipping, Handling & Insurance:** **$24.95**

Order Total: **$12,400.10**

Welcome, gary hoste

# Details For Order Number: **4237121**

Order Status: **Order Shipped**

## Order Information

**Order Number:**    4237121

**Order Date:**    10/7/2010 1:07:16 PM

**Special Request:**

only gary hoste ,cindi chan or kent bernaduco can sign for delivery

## Order Summary

| Item Description | | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| | (1 oz) .9999+ Fine Gold Bar/Credit Suisse In Assay Card | $1,336.70 | 3 | $1,366.69 | $4,100.07 |
|  | 2011 - (1 oz) Silver Maple Leafs - Brilliant Uncirculated | $22.69 | 100 | $24.98 | $2,498.00 |
| | 2011 Canadian 1 oz Silver Wolf Coins "Wild Life Series" | $22.69 | 100 | $24.88 | $2,488.00 |

| | |
|---|---|
| **Sub-Total:** | **$9,086.07** |
| **Shipping, Handling & Insurance:** | **$24.95** |
| Order Total: | **$9,111.02** |

## Details For Order Number: 4175225

Order Status: **Order Shipped**

## Order Information

| | |
|---|---|
| **Order Number:** | 4175225 |
| **Order Date:** | 8/20/2010 10:58:22 AM |

**Special Request:**
cindi chan or gary hoste to sign

## Order Summary

| | Item Description | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| | **1 oz American Silver Eagles - Brilliant Uncirculated** | $17.93 | 100 | $20.02 | $2,002.00 |
| | **2010 Year of the Tiger - 1 oz Silver Coin (Series 2)** | $17.93 | 1 | $22.93 | $22.93 |

|  |  |
|---|---|
| **Sub-Total:** | **$2,024.93** |
| **Shipping, Handling & Insurance:** | **$24.95** |
| Order Total: | **$2,049.88** |

## Details For Order Number: 4156475

Order Status: **Order Shipped**

## Order Information

**Order Number:** 4156475

**Order Date:** 7/27/2010 11:46:34 AM

**Special Request:**

only gary hoste,kent berniduchi or cindi chan can sign for delivery

Asia

## Order Summary

| Item Description | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|
| 1 oz Austrian Philharmonic Gold Coins | $1,160.20 | 5 | $1,215.15 | $6,075.75 |
| 1 oz American Silver Eagles - Brilliant Uncirculated | $17.68 | 100 | $19.87 | $1,987.00 |

| | |
|---|---|
| **Sub-Total:** | **$8,062.75** |
| **Shipping, Handling & Insurance:** | **$24.95** |
| Order Total: | **$8,087.70** |

**Welcome,** gary hoste

## Details For Order Number: **4107533**

Order Status: **Order Shipped**

### Order Information

**Order Number:**      4107533

**Order Date:**        6/3/2010 6:27:25 AM

**Special Request:**

only gary hoste or cindi chan to sign for delivery

### Order Summary

| Item Description | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|
| 2010 - (1 oz) Gold Maple Leaf | $1,218.60 | 5 | $1,258.55 | $6,292.75 |

| | |
|---|---|
| Sub-Total: | $6,292.75 |
| Shipping, Handling & Insurance: | $24.95 |
| Order Total: | **$6,317.70** |

Welcome, gary hoste

## Details For Order Number: **4068878**

Order Status: **Order Shipped**

## Order Information

**Order Number:**   4068878
**Order Date:**   5/4/2010 6:46:26 PM

**Special Request:**
PLEASE HAVE GARY HOSTE OR CINDI CHAN ONLY SIGN

## Order Summary

| Item Description | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|
| (1 oz) .9999+ Fine Gold Bar - Pamp Suisse (In Assay Card) | $1,174.40 | 3 | $1,209.35 | $3,628.05 |
| ($100 Face Value) Bag of 90% Silver Coins | $17.87 | 3 | $1,302.01 | $3,906.03 |

| | |
|---|---|
| **Sub-Total:** | **$7,534.08** |
| **Shipping, Handling & Insurance:** | **$24.95** |
| Order Total: | **$7,559.03** |

Welcome, gary hoste

# Details For Order Number: 4053293

Order Status: **Order Shipped**

## Order Information

**Order Number:**      4053293

**Order Date:**         4/16/2010 2:06:35 PM

**Special Request:**

only gary hoste can sign

## Order Summary

| Item Description | | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| | Canada (1 oz) Gold Maple Leaf - Random Year | $1,139.20 | 5 | $1,189.15 | $5,945.75 |
| | ($100 Face Value) Bag of 90% Silver Coins | $17.77 | 1 | $1,312.73 | $1,312.73 |

|  |  |
|---|---|
| **Sub-Total:** | **$7,258.48** |
| **Shipping, Handling & Insurance:** | **$24.95** |
| Order Total: | **$7,283.43** |

**Welcome,** gary hoste

## Details For Order Number: **4037879**

Order Status: **Order Shipped**

## Order Information

| | | | |
|---|---|---|---|
| **Order Number:** | 4037879 | **Special Request:** | |
| **Order Date:** | 3/30/2010 6:11:14 PM | require signature by me | |

## Order Summary

A s i c

| Item Description | | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| | (1 oz) .9999+ Fine Gold Bar - Pamp Suisse (In Assay Card) | $1,106.30 | 4 | $1,141.25 | $4,565.00 |

| | |
|---|---|
| **Sub-Total:** | **$4,565.00** |
| **Shipping, Handling & Insurance:** | **$24.95** |
| Order Total: | **$4,589.95** |

Welcome, gary hoste

# Details For Order Number: 4132811

Order Status: **Order Shipped**

## Order Information

**Order Number:**    4132811

**Order Date:**    7/1/2010 11:35:11 AM

**Special Request:**

gary and cindi sign only

Asic

## Order Summary

| Item Description | | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| | Canada (1 oz) Gold Maple Leaf - Random Year | $1,207.30 | 10 | $1,256.25 | $12,562.50 |
| | 2010 - (1 oz) Silver Maple Leafs - Brilliant Uncirculated | $17.77 | 100 | $19.86 | $1,986.00 |

|  |  |
|---|---|
| **Sub-Total:** | **$14,548.50** |
| **Shipping, Handling & Insurance:** | **$24.95** |
| Order Total: | **$14,573.45** |

Welcome, gary hoste

## Details For Order Number: **4014743**

Order Status: **Order Shipped**

## Order Information

| | |
|---|---|
| **Order Number:** | 4014743 |
| **Order Date:** | 3/10/2010 1:12:42 PM |

**Special Request:**

please require signature upon delivery

## Order Summary

| Item Description | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|
| (1 oz) .9999+ Fine Gold Bar - Pamp Suisse (In Assay Card) | $1,110.40 | 4 | $1,145.35 | $4,581.40 |
| 1 oz (.999) Fine Silver Rounds - (Liberty Eagle) | $17.10 | 20 | $18.29 | $365.80 |

| | |
|---|---|
| **Sub-Total:** | $4,947.20 |
| **Shipping, Handling & Insurance:** | $24.95 |
| Order Total: | **$4,972.15** |

## Details For Order Number: 3976604

Order Status: **Order Shipped**

## Order Information

**Order Number:**    3976604

**Order Date:**    2/5/2010 2:06:51 PM

**Special Request:**

upon delivery only i can sign for package

## Order Summary

Gift

| Item Description | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|
| South Africa 2 Rand Gold Coins (AU/BU) | $1,066.50 | 20 | $261.04 | $5,220.80 |

| | |
|---|---|
| **Sub-Total:** | **$5,220.80** |
| **Shipping, Handling & Insurance:** | **$24.95** |
| Order Total: | **$5,245.75** |

Welcome, gary hoste

## Details For Order Number: 3840716

Order Status: **Order Shipped**

## Order Information

**Order Number:**    3840716

**Order Date:**    10/30/2009 1:50:30 PM

**Special Request:**

There are no special requests for this order.

## Order Summary

| Item Description | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|
| (5 gm) .9999+ Fine APMEX Gold Bars | $1,042.20 | 20 *Gifts* | $175.54 | $3,510.80 |
| 5 oz Silver Bar .999 Fine - (New Sunshine) | $16.32 | 40 *local* | $84.55 | $3,382.00 |

|  |  |
|---|---|
| **Sub-Total:** | **$6,892.80** |
| **Shipping, Handling & Insurance:** | **$24.95** |
| Order Total: | **$6,917.75** |

**Welcome,** gary hoste

## Details For Order Number: 3816425

Order Status: **Order Shipped**

### Order Information

| | | |
|---|---|---|
| **Order Number:** | 3816425 | |
| **Order Date:** | 10/12/2009 7:52:33 PM | |

**Special Request:**

There are no special requests for this order.

### Order Summary

| Item Description | Spot Price | Quantity | Unit Price | Ext. Price |
|---|---|---|---|---|
| (5 gm) .9999+ Fine Gold Bar - Credit Suisse (Statue of Liberty) | $1,054.70 | 1 | $187.54 | $187.54 |
| (5 gm) .999+ Gold Bar - Pamp Suisse (With Assay Card) | $1,054.70 | 1 | $184.60 | $184.60 |
| 1 oz .999 Fine Silver Bars - (APMEX) - Columbus Day Sale! | $17.80 | 150 | $18.59 | $2,788.50 |

| | |
|---|---|
| **Sub-Total:** | **$3,160.64** |
| **Shipping, Handling & Insurance:** | **$24.95** |
| Order Total: | **$3,185.59** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gary Francis Hoste** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **15-28607** |

■ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: | Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | | |
| **TV, Couch Set, Dining Set, Bed, Fouton, Fish Tank**<br>Line from *Schedule A/B*: **6.1** | $1,000.00 | ☐ | ■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **(1) bicycle (5 years old)<br>(1) set of gold clubs (10 years old, purchased used)**<br>Line from *Schedule A/B*: **9.1** | $50.00 | ■ $0.00 | ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Assorted used mens clothing, shoes, and other garments**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00 | ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **(1) mason's ring<br>(1) silver wedding ring<br>(1) Seiko watch**<br>Line from *Schedule A/B*: **12.1** | $100.00 | ■ $0.00 | ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $50.00 | ☐ | ■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |

| Debtor 1 | **Gary Francis Hoste** | | Case number (if known) | **15-28607** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Bank United Checking Account - XXXXXXXX1425**<br>**1730 Sunrise Blvd., Fort Lauderdale, FL**<br>Line from *Schedule A/B*: **17.1** | $37,025.81 | ■ $130.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Bank United Checking Account - XXXXXXXX1425**<br>**1730 Sunrise Blvd., Fort Lauderdale, FL**<br>Line from *Schedule A/B*: **17.1** | $37,025.81 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Bank United Checking Account - XXXXXXXX1425**<br>**1730 Sunrise Blvd., Fort Lauderdale, FL**<br>Line from *Schedule A/B*: **17.1** | $37,025.81 | ■ $34,395.81<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.11(2)(b)** |
| **Citi Bank Checking Account -**<br>**3101 N. Federal Highway, Fort Lauderdale, FL**<br>Line from *Schedule A/B*: **17.2** | $70.00 | ■ $70.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Suntrust West IRA**<br>Line from *Schedule A/B*: **21.1** | $56,400.00 | ■ $56,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(2)** |
| **Security Deposit with Souza Reality, LLC**<br>**P.O. Box 307**<br>**Newport, KY 41072**<br>Line from *Schedule A/B*: **22.1** | $1,900.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **FL Chiropractic Physician License No: CH9414**<br><br>**Sub-Licenses:**<br>**Cindi Chan - Reg. Chiro. Asst.**<br>**Kristalee Suer - Reg. Chiro. Asst.**<br>Line from *Schedule A/B*: **27.1** | Unknown | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Federal: 80% of any tax refund for FY 2015 (Jan. 1, 2015 through Petition Date)**<br>Line from *Schedule A/B*: **28.1** | Unknown | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(3)** |
| **Federal: 80% of any tax refund for FY 2015 (Jan. 1, 2015 through Petition Date)**<br>Line from *Schedule A/B*: **28.1** | Unknown | ■ 0%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |

| Debtor 1 | **Gary Francis Hoste** | | Case number (if known) | **15-28607** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **-(46) gold and silver coins/bars, assorted (approx. 1. oz each); estimated value: $300,000.00, based on FMV a/o various purchase dates: 10/2009 - 06/2013**<br><br>**-(1) gold mapleleaf (17 oz.); estimated value: $29,213, based on FMV a/o date of purchase: 01/2013**<br>Line from *Schedule A/B*: **35.1** | **$186,059.00** | ■ **$800.00**<br>□ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **-(46) gold and silver coins/bars, assorted (approx. 1. oz each); estimated value: $300,000.00, based on FMV a/o various purchase dates: 10/2009 - 06/2013**<br><br>**-(1) gold mapleleaf (17 oz.); estimated value: $29,213, based on FMV a/o date of purchase: 01/2013**<br>Line from *Schedule A/B*: **35.1** | **$186,059.00** | □<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **-(46) gold and silver coins/bars, assorted (approx. 1. oz each); estimated value: $300,000.00, based on FMV a/o various purchase dates: 10/2009 - 06/2013**<br><br>**-(1) gold mapleleaf (17 oz.); estimated value: $29,213, based on FMV a/o date of purchase: 01/2013**<br>Line from *Schedule A/B*: **35.1** | **$186,059.00** | ■ **$1,000.00**<br>□ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Various office equiptment:**<br><br>**1 Electric stimulation machine - $500**<br>**1 Chiro Table - $500**<br>**3 Computers - $100**<br>**2 massage tables - $50**<br>**2 file cabinets - $50**<br>**Patient file cabinet - $25**<br>**Printer - $25**<br>**2 Ikea desks - $20**<br>**1 Massage Chair - $10**<br>Line from *Schedule A/B*: **39.1** | **$1,280.00** | ■ **$0.00**<br>□ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |

3. **Are you claiming a homestead exemption of more than $155,675?**
(Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

□ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

  □ No
  □ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gary Francis Hoste** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | 15-28607 |
| (if known) | |

■ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 | **CIT Small Business Lending Corp.** | Describe the property that secures the claim: | $336,539.57 | Unknown | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | **Items in Lighthouse Point storage facility:** | | | |
| | | **1 x-ray machine** | | | |
| | **c/o Kubicki Draper 515 N. Flagler Drive, Suite 1800 West Palm Beach, FL 33401** | **1 chiropractic table 6 office chairs Assorted plastic storage bins** | | | |
| | Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply. | | | |
| | | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ■ Disputed | | | |

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $336,539.57 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $336,539.57 |

**Part 2:**    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Debtor 1 | **Gary Francis Hoste** | | Case number *(if know)* | **15-28607** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

☐ Name Address

**-NONE-**

**On which line in Part 1 did you enter the creditor?**

**Last 4 digits of account number**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gary Francis Hoste** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 15-28607 |

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Broward County Taxing Authority** | Unknown | Unknown | Unknown |

| 2.1 | **Broward County Taxing Authority** | Last 4 digits of account number _____ |
|---|---|---|
| | Priority Creditor's Name | |
| | **115 Andrews Avenue** | When was the debt incurred?   2015 |
| | **Room A-100** | |
| | **Fort Lauderdale, FL 33301** | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only**

Debtor 1 **Gary Francis Hoste**

Case number (if know)  **15-28607**

---

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | _____ | **Unknown** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**Special Procedures - Field Insolvency**
**7850 SW 6th Court**
**Fort Lauderdale, FL 33324**

Number Street City State Zip Code

When was the debt incurred?   **2015**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ■ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Notice Only**

---

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number | **X959** | **$20,397.74** | **$20,397.74** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**Stop 6525 (SC CIS)**
**Kansas City, MO 64999-0025**

Number Street City State Zip Code

When was the debt incurred?   **2013**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Taxes**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1  **Gary Francis Hoste**

Case number (if know)  **15-28607**

---

**4.1**  **ADT Security Services, LLC**

Nonpriority Creditor's Name

**14200 E. Exposition Avenue**
**Aurora, CO 80012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **XXXX**

$570.20

When was the debt incurred?  **03/01/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **business security services**

---

**4.2**  **Amex**

Nonpriority Creditor's Name

**Correspondence**
**Po Box 981540**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **3893**

$0.00

When was the debt incurred?  **Opened  6/01/93  Last Active 10/01/11**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Credit Card**

---

**4.3**  **ARMCHEM International Corp.**

Nonpriority Creditor's Name

**3563 NW 53rd Court**
**Fort Lauderdale, FL 33309**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **XXXX**

$53.00

When was the debt incurred?  **09/1/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **business services**

---

Debtor 1    **Gary Francis Hoste**                              Case number (if know)    **15-28607**

| 4.4 | **Charles L. Jaffee, P.A.** | Last 4 digits of account number | | $2,500.00 |

Nonpriority Creditor's Name

**7301A W. Palmetto Park Road, Ste.**
**305-C**
**Boca Raton, FL 33433-3466**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **legal work regarding business settlement agreement**

---

| 4.5 | **CIT** | Last 4 digits of account number | 6001 | $323,904.33 |

Nonpriority Creditor's Name

**One CIT Drive**
**Livingston, NJ 07039**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2007**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Foreclosure Judgment in connection with secured business loan to purchase UCRC, Inc. (now defunct)**

---

| 4.6 | **Citi Cards** | Last 4 digits of account number | 7067 | $2,629.53 |

Nonpriority Creditor's Name

**P.O. Box 6500**
**Sioux Falls, SD 57117**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **credit card**

---

Debtor 1   **Gary Francis Hoste**

Case number (if know)   **15-28607**

---

| 4.7 | **Citi Cards** | Last 4 digits of account number | **1151** | | $356.47 |

Nonpriority Creditor's Name

**P.O. Box 6500**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   credit card

---

| 4.8 | **Citibank/Best Buy** | Last 4 digits of account number | **1151** | | $0.00 |

Nonpriority Creditor's Name

**Centralized Bankruptcy/CitiCorp**
**Credit S**
**Po Box 790040**
**St Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred?   **Opened  3/01/05  Last Active 9/28/15**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.9 | **Citibankna** | Last 4 digits of account number | **8601** | | $0.00 |

Nonpriority Creditor's Name

**Citibank / One Sto**
**O Fallon, MO 63368**
Number Street City State Zip Code

When was the debt incurred?   **Opened  8/01/07  Last Active 8/09/12**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Check Credit Or Line Of Credit**

---

Debtor 1  **Gary Francis Hoste**

Case number (if know)  **15-28607**

---

| 4.1 0 | **Dental Law Firm d/b/a Schocet Law Group** | Last 4 digits of account number | **3156** | **$21,630.62** |

Nonpriority Creditor's Name
**3900 Woodlake Blvd., Suite 202**
**Lake Worth, FL 33463**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes

☐ Other. Specify

**Default judgment against Debtor in connection with legal fees incurred in connection with UCRC Holdings, Inc. and/or UCRC, Inc.**

---

| 4.1 1 | **Jeffrey Miller** | Last 4 digits of account number | | **$500,000.00** |

Nonpriority Creditor's Name
**3422 Bermuda Court**
**San Ramon, CA 94582**
Number Street City State Zip Code

**When was the debt incurred?**  **4/8/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes

☐ Other. Specify

**Final Consent Judgment in favor of former business partner in connection with UCRC Holdings, Inc. and UCRC, Inc. (both now defunct)**

**(Subject to setoff at least $36,625.80)**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Debtor 1    **Gary Francis Hoste**        Case number (if know)    **15-28607**

---

| 4.1 2 | **Navient** | Last 4 digits of account number | **0213** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Claims Dept**
**Po Box 9500**
**Wilkes-Barr, PA 18773**
Number Street City State ZIp Code

**When was the debt incurred?**    **Opened 2/13/04 Last Active 10/09/14**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only      ☐ Contingent
☐ Debtor 2 only      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only      ☐ Disputed
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☑ Student loans

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

---

| 4.1 3 | **Nelnet** | Last 4 digits of account number | **6374** | **$0.00** |

Nonpriority Creditor's Name
**Nelnet Claims**
**Po Box 82505**
**Lincoln, NE 68501**
Number Street City State ZIp Code

**When was the debt incurred?**    **Opened 2/13/04 Last Active 6/12/15**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only      ☐ Contingent
☐ Debtor 2 only      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only      ☐ Disputed
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☑ Student loans

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

---

| 4.1 4 | **Nelnet** | Last 4 digits of account number | **6274** | **$0.00** |

Nonpriority Creditor's Name
**Nelnet Claims**
**Po Box 82505**
**Lincoln, NE 68501**
Number Street City State ZIp Code

**When was the debt incurred?**    **Opened 2/13/04 Last Active 6/12/15**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only      ☐ Contingent
☐ Debtor 2 only      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only      ☐ Disputed
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☑ Student loans

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

---

Debtor 1  **Gary Francis Hoste**

Case number *(if know)*  **15-28607**

---

**4.15**

**Nelnet Inc.**
Nonpriority Creditor's Name
**P.O. Box 82561**
**Lincoln, NE 68501**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

| Last 4 digits of account number | 4518 | $95,339.18 |
|---|---|---|

When was the debt incurred?  **1994**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**student loan debt**

---

**4.16**

**Sage Capital Recovery**
Nonpriority Creditor's Name
**1040 Kings Hwy N.**
**Cherry Hill, NJ 08034**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

| Last 4 digits of account number | 8428 | $158.18 |
|---|---|---|

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **communications services**

---

**4.17**

**SPM Resorts - La Costa Beach Club**
Nonpriority Creditor's Name
**1504 N. Ocean Blvd.**
**Pompano Beach, FL 33062**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

| Last 4 digits of account number | X470 | $2,446.92 |
|---|---|---|

When was the debt incurred?  **2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **condo fees and expenses**

---

Debtor 1  **Gary Francis Hoste**                                     Case number *(if know)*  **15-28607**

---

| | |
|---|---|
| **4.1 8** | |

**Synchrony Bank/ JC Penneys**
Nonpriority Creditor's Name
**Attn: Bankrupty**
**Po Box 103104**
**Roswell, GA 30076**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1821**                                   **$0.00**

**When was the debt incurred?**  **Opened  7/26/89  Last Active 5/01/97**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

---

| | |
|---|---|
| **4.1 9** | |

**U.S. Bank Equipment Finance**
Nonpriority Creditor's Name
**P.O. Box 790448**
**Saint Louis, MO 63179-0448**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **XXXX**                                   **$8,663.03**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **business equipment**

---

| | |
|---|---|
| **4.2 0** | |

**Us Bank**
Nonpriority Creditor's Name

**200 Gibraltar Rd Ste 315**
**Horsham, PA 19044**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **8873**                                   **$0.00**

**When was the debt incurred?**  **Opened  1/01/13  Last Active 6/21/13**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

Debtor 1  **Gary Francis Hoste**                    Case number (if know)    **15-28607**

| 4.2 1 | **World Omni Financial** | Last 4 digits of account number | **7749** | $0.00 |

Nonpriority Creditor's Name

**6150 Omni Park Dr
Mobile, AL 36609**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **Opened  5/15/13  Last Active 11/30/15**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Lease**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Amex
Po Box 297871
Fort Lauderdale, FL 33329** | Line **4.2** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **AXIS Financial Services
2774 Gateway Road
Carlsbad, CA 92009** | Line **4.17** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number      **XXXX** |
| **Citibank/Best Buy
Po Box 6241
Sioux Falls, SD 57117** | Line **4.8** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Collections Unlimited, Inc.
P.O. Box 1236
Crystal River, FL 34423** | Line **4.17** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number      **1240** |
| **Comcast Cable Communications, LLC
Attn:  Law Department
One Comcast Center
Philadelphia, PA 19103-2838** | Line **4.16** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number      **2226** |
| **Euler Hermes Collections
600 South 7th Street
Louisville, KY 40203** | Line **4.1** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number      **XXXX** |
| **Kramer & Associates
401 Hackensack Avenue
9th Floor** | Line **4.19** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  **Gary Francis Hoste**                                  Case number (if know)    **15-28607**

**Hackensack, NJ 07601**

| | Last 4 digits of account number | **2386** |
|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Navient** | Line **4.12** of (Check one): |
| **Po Box 9500** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Wilkes Barre PA 18773** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nelnet** | Line **4.13** of (Check one): |
| **3015 S. Parker Rd, Ste 425** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Aurora, CO 80014** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nelnet** | Line **4.14** of (Check one): |
| **3015 S. Parker Rd, Ste 425** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Aurora, CO 80014** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Pinnacle Recovery, Inc.** | Line **4.17** of (Check one): |
| **P.O. Box 130848** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Carlsbad, CA 92013-0848** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **9XXX** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Small Business Administration** | Line **4.5** of (Check one): |
| **801 Tom Martin Drive, Suite 120** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Birmingham, AL 35211** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **6001** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Synchrony Bank/ JC Penneys** | Line **4.18** of (Check one): |
| **Po Box 965007** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Orlando, FL 32896** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Transworld Systems Inc.** | Line **4.3** of (Check one): |
| **507 Prudential Road** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Horsham, PA 19044** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **3503** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **World Omni Financial** | Line **4.21** of (Check one): |
| **Po Box 91614** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Mobile, AL 36691** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $                    0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $            20,397.74 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $                    0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $                    0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $            20,397.74 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims** | 6f. | **Student loans** | 6f. | $            95,339.18 |

Debtor 1  **Gary Francis Hoste**                                    Case number (if know)  **15-28607**

| from Part 2 | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 862,912.28 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ | 958,251.46 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gary Francis Hoste** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **15-28607** |
| (if known) | |

■ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **Southeast Toyota Finance**<br>**P.O. Box 991817**<br>**Mobile, AL 36691-8817** | **Sublease on 2013 Toyota Corolla**<br>**Acct# XXXXXXXXXXX4967749** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

Debtor 1   **Gary Francis Hoste**
_____
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)  _____
First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number   **15-28607**
(if known)    _____

■ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

　　☐ No
　　■ Yes.

　　In which community state or territory did you live?   __-NONE-__ . Fill in the name and current address of that person.

　　_____
　　Name of your spouse, former spouse, or legal equivalent
　　Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.1  **UCRC Holdings, Inc.**<br>**3838 N. University Drive**<br>**Fort Lauderdale, FL 33351** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>**Jeffrey Miller** |
| 3.2  **UCRC Holdings, Inc.**<br>**3838 N. University Drive**<br>**Fort Lauderdale, FL 33351** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>**Dental Law Firm d/b/a Schocet Law Group** |

Debtor 1  **Gary Francis Hoste**                                    Case number *(if known)*  **15-28607**

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.3  **UCRC Holdings, Inc.**
   **c/o Kenneth Sandler, Esq.**
   **2924 Davie Road, Suite 200**
   **Fort Lauderdale, FL 33314**

■ Schedule D, line ____**2.1**____
☐ Schedule E/F, line _____
☐ Schedule G _____
**CIT Small Business Lending Corp.**

---

3.4  **UCRC Inc.**
   **P.O. Box 25056**
   **Fort Lauderdale, FL 33320-5056**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.19**____
☐ Schedule G _____
**U.S. Bank Equipment Finance**

---

3.5  **UCRC Inc.**
   **3838 N. University Drive**
   **Fort Lauderdale, FL 33351**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.16**____
☐ Schedule G _____
**Sage Capital Recovery**

---

3.6  **UCRC, Inc.**
   **3838 N. University Drive**
   **Fort Lauderdale, FL 33351**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.11**____
☐ Schedule G _____
**Jeffrey Miller**

---

3.7  **UCRC, Inc. d/b/a Universal Chiropractic**
   **3838 N. Unversity Drive**
   **Fort Lauderdale, FL 33351**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.5**____
☐ Schedule G _____
**CIT**

---

3.8  **Universal Chiropractic**
   **3838 N. University Drive**
   **Fort Lauderdale, FL 33351-6300**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.1**____
☐ Schedule G _____
**ADT Security Services, LLC**

---

3.9  **Universal Chiropractic**
   **P.O. Box 25056**
   **Fort Lauderdale, FL 33320-5056**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.3**____
☐ Schedule G _____
**ARMCHEM International Corp.**

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gary Francis Hoste** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **15-28607** |
| (if known) | |

■ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Gary Francis Hoste** | X |
|---|---|
| **Gary Francis Hoste** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date  **January 29, 2016** | Date |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Gary Francis Hoste** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **15-28607** |
| (if known) | |

■ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

     ■ Married
     ☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

     ☐ No
     ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **P.O. Box 668641 Pompano Beach, FL 33066** | From-To: **12/2014 (PO Box only - for business)** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

     ☐ No
     ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
     Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
     If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

     ☐ No
     ■ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

Debtor 1    **Gary Francis Hoste**                                          Case number (if known)  **15-28607**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br>□ Operating a business | $192,465.50 | □ Wages, commissions, bonuses, tips<br>□ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2014 ) | ■ Wages, commissions, bonuses, tips<br>□ Operating a business | $117,918.00 | □ Wages, commissions, bonuses, tips<br>□ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2013 ) | ■ Wages, commissions, bonuses, tips<br>□ Operating a business | $133,852.00 | □ Wages, commissions, bonuses, tips<br>□ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
□ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below.. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?
■ No.    Go to line 7.
□ Yes    List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

□ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

□ No.    Go to line 7.
□ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Gary Francis Hoste | Case number (if known) | 15-28607 |
|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ☑ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Yin Yang Management, Inc.<br>711 Bayshore Drive, No. 302<br>Fort Lauderdale, FL 33304 | See attached<br>Exhibit 3 | $86,000.00 | Unknown | Payment for management services and reimbursement for business expenses (i.e., payroll, etc.); company owned by debtor's wife, Cindi Chan |

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Miller v. Hoste, et al.<br>2011-CV-61946-RSR | Declaratory Action / Stockholder Derivative Suit | US Southern District Court of Florida<br>400 North Miami Ave.<br>Miami, FL 33128 | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>Settled / Consent Judgment entered on 09 April 2013 |
| The Dental Law Firm, P.A., d/b/a The Shochet Law Group v. Gary Hoste, et al.<br>2013-CA-013156 | Civil Collection Suit for attorneys fees | Palm Beach County Court<br>205 North Dixie Highway<br>West Palm Beach, FL 33401 | ☑ Pending<br>☐ On appeal<br>☐ Concluded<br><br>Default Judgment |
| Jeffrey Miller v. Gary Hoste, et al.<br>2015-CV-001694 | Domestication of Foreign Judgment (Civil) | Broward Circuit Court<br>201 SE 6th S.<br>Fort Lauderdale, FL 33301 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Hoste v. GEICO Insurance Co.<br>2014-SC-015656 | Breach of contract (insurance contract); claim for $3,761.49 | Broward County Court<br>201 SE 6th St.<br>Fort Lauderdale, FL 33301 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor 1 | **Gary Francis Hoste** | Case number *(if known)* | **15-28607** |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Hoste v. Progressive Express Insurance Co.**<br>**2014-CC-015329** | **Lawsuit against insurance company for failure to reimburse debtor with minimum required PIP coverage for "emergency medical condition" under Fla.Stat. 627.736** | **Broward County Court**<br>**201 SE 6th St.**<br>**Fort Lauderdale, FL 33301** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**vol. dismissal** |
| **CIT Small business Lending Corp. v. Hoste, et al.**<br>**2013-CA-004523** | **Action seeking to foreclose on business assets of UCRS Holdings, Inc. and UCRC, Inc., all of which were secured by promissory note and loan agreement** | **Broward Circuit Court**<br>**201 SE 6th St.**<br>**Fort Lauderdale, FL 33301** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Final judgment** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Jeffrey Miller (insider)\***<br>**3422 Bermuda Court**<br>**San Ramon, CA 94582** | **Bank United Checking Account No. \*1425**<br>**$28,896.02 - garnished by Miller on March 25, 2015**<br>**$7,328.12 - garnished by Miller on March 27, 2015**<br>**$401.66 - garnished by Miller on March 31, 2015**<br><br>**\*Miller is a statutory and/or non-statutory insider because, inter alia, pursuant to a Consent Judgment entered in the Miller Lawsuit, Miller had a vested 50% interest in the debtor's (now defunct) companies, UCRC Holdings, Inc. and UCRC, Inc., at the time of the garnishments**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | **March 25, 27 and 31, 2015** | **$36,625.80** |

Debtor 1    **Gary Francis Hoste**                                       Case number *(if known)*    **15-28607**

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **CIT Small Business Lending Corp.**<br>**One CIT Drive**<br>**Livingston, NJ 07039** | **All business assets of UCRC Holdings, Inc. and/or UCRC, Inc.**<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **12 Sept. 2013 (Foreclosure Judgment)** | **Unknown** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Various friends, family and/or employees**<br>**Florida, Hong Kong and/or New York**<br><br>Person's relationship to you: **Various family members** | **8.2 oz. of gold coins/plates - FMV on petition date: $961.86**<br>**32 oz. of silver coins - FMV of petition date: $507.52**<br>**See Exhibit 2 for breakdown of items gifted** | **2009 - 2015** | **$1,469.38** |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

Debtor 1   **Gary Francis Hoste**                                    Case number (*if known*)   **15-28607**

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Mill Stone Legal Group, LLC<br>2110 NW 110th Lane<br>Pompano Beach, FL 33071 | $2,500.00 | October 11, 2015 - Cindi Chan ($1,500)<br>October 19, 2015 - Debtor ($1,000) | $2,500.00 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☒ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| The Perth Mint<br>310 Hay Street<br>East Perth, WA 6004<br>Australia<br><br>None | Various purchases/sales of gold and other precious metals (outside of 2 year period)<br>See Transaction Printout, attached as Exhibit 2 | See Transaction Printout, attached as Exhibit 1 | May - October 2012 |
| APMEX, Inc.<br>226 Dean A. McGee Avenue<br>Oklahoma City, OK 73102<br><br>None | Various purchases/sales of gold and other precious metals<br><br>See Order History/transaction printout, attached as Exhibit 2 | See Order History/transaction printout, attached as Exhibit 2 | Oct. 2009 - June 2013 |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Debtor 1 | **Gary Francis Hoste** | Case number *(if known)* | **15-28607** |

---

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
☑ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **The Safe House SG Pte Ltd**<br>**506 Chai Cee Lane #01-01**<br>**Singapore 469026**<br>**Singapore** | Boxes/units are titled in the name of non-debtor spouse:<br><br>**Cindi Chan**<br>**711 Bayshore Drive, #302**<br>**Fort Lauderdale, FL 33304** | **Class 1 Box - assorted gold and silver coins/leaf bars**<br>**Class II Box - assorted gold and silver coins/leaf bars** | ☐ No<br>☑ Yes |
| **Lighthouse Self Storage Ft. Lauderdale**<br>**1121 E. Commercial Blvd.**<br>**Fort Lauderdale, FL 33334** | Boxes and property therein are legally titled in the name of debtor's wife:<br><br>**Cindi Chan**<br>**711 Bayshore Drive, #302**<br>**Fort Lauderdale, FL 33304** | **Assorted gold and silver coins/leaf bars** | ☐ No<br>☑ Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☐ No
☑ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Lighthouse Point Self Storage**<br>**1121 E. Commercial Blvd.**<br>**Fort Lauderdale, FL 33334** | **Debtor and non-debtor spouse** | **Assorted business and personal items, as noted in Schedule B and Exhibit 2 attached thereto** | ☐ No<br>☑ Yes |

| Debtor 1 | **Gary Francis Hoste** | | Case number *(if known)* | **15-28607** |

---

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ■ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

    ☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

    ☐ **A partner in a partnership**

    ☐ **An officer, director, or managing executive of a corporation**

    ☐ **An owner of at least 5% of the voting or equity securities of a corporation**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  __Gary Francis Hoste__                    Case number (*if known*)  __15-28607__

☐ **No.** None of the above applies. Go to Part 12.

☑ **Yes.** Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Gary Hoste, DC<br>2351 W. Atlantic Blvd.<br>Pompano Beach, FL 33069 | Chiropractic Physician | EIN:<br><br>From-To   2013-Present |
| UCRC Inc.<br>2351 W. Atlantic Blvd. 669102<br>Pompano Beach, FL 33069 | Medical Practice | EIN:   26-2892352<br><br>From-To   02/2004 - 9/2015 |
| CBA Health and Wellness, LLC<br>3838 N. University Drive<br>Fort Lauderdale, FL 33351 | Medical Practice | EIN:   26-4459612<br><br>From-To   3/2009 - 9/2013 |
| UCRC Holdings Inc.<br>3838 N. University Drive<br>Fort Lauderdale, FL 33351 | Medical Practice | EIN:   26-2892352<br><br>From-To   6/2008 - 9/2013 |
| N. Star Lodge 405 Free Masons of FL, Inc<br>220 Ocean Street<br>Jacksonville, FL 32202 | Masonic Lodge | EIN:   27-3027461<br><br>From-To   2010-Present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**

☐ **Yes.** Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
|  |  |

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

__/s/ Gary Francis Hoste__                    _____
**Gary Francis Hoste**                        **Signature of Debtor 2**
**Signature of Debtor 1**

Date   __January 29, 2016__                   Date   _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☐ No
☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

10:47 AM

12/22/15

Accrual Basis

**Gary Hoste, DC**
**Transaction Detail By Account**
January 1 through December 22, 2015

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Management Services** | | | | | | | | | |
| **Yin Yang** | | | | | | | | | |
| Check | 02/28/2015 | 288 | | Yin Yang Managem... | | | Bank United #... | 6,000.00 | 6,000.00 |
| Check | 02/28/2015 | 289 | | Yin Yang Managem... | | | Bank United #... | 6,000.00 | 12,000.00 |
| Check | 03/23/2015 | 295 | | Yin Yang Managem... | | | Bank United #... | 6,000.00 | 18,000.00 |
| General Journal | 04/09/2015 | | * | | Stonegate B... | | -SPLIT- | 5,000.00 | 23,000.00 |
| General Journal | 04/16/2015 | | * | | Stonegate B... | | Owners Draw | 6,000.00 | 29,000.00 |
| General Journal | 05/11/2015 | | * | | | | Owners Draw | 5,000.00 | 34,000.00 |
| General Journal | 05/22/2015 | 513178 | * | | | | Owners Draw | 6,000.00 | 40,000.00 |
| General Journal | 06/24/2015 | 513984 | * | | | | Owners Draw | 6,000.00 | 46,000.00 |
| Check | 06/24/2015 | | | Yin Yang Managem... | | | Citibank | 6,000.00 | 52,000.00 |
| Check | 06/29/2015 | 1705... | | Yin Yang Managem... | | | Citibank | 6,000.00 | 58,000.00 |
| Check | 07/21/2015 | 1705... | | Yin Yang Managem... | | | Citibank | 4,000.00 | 62,000.00 |
| Check | 08/05/2015 | 1705... | | Yin Yang Managem... | | | Citibank | 6,000.00 | 68,000.00 |
| Check | 08/18/2015 | 1705... | | Yin Yang Managem... | | | Citibank | 6,000.00 | 74,000.00 |
| Check | 08/25/2015 | | | Yin Yang Managem... | | | Citibank | 6,000.00 | 80,000.00 |
| Check | 10/19/2015 | DM | | Yin Yang Managem... | | | Citibank | 6,000.00 | 86,000.00 |
| Total Yin Yang | | | | | | | | 86,000.00 | 86,000.00 |
| Total Management Services | | | | | | | | 86,000.00 | 86,000.00 |
| **TOTAL** | | | | | | | | 86,000.00 | 86,000.00 |

EXHIBIT 3

10:50 AM

12/22/15

Accrual Basis

# Yin Yang Management Inc.
## Profit & Loss
### January 1 through December 22, 2015

|  | Jan 1 - Dec 22, 15 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Fee for Service Income | 87,425.20 |
| **Total Income** | 87,425.20 |
| **Expense** |  |
| **Advertising and Promotion** |  |
| Marketing | 9,900.00 |
| **Total Advertising and Promotion** | 9,900.00 |
| Automobile Expense | 1,337.90 |
| Bank Service Charges | 17.00 |
| Charity | 725.00 |
| Continuing Education | 899.16 |
| Dues and Subscriptions | 100.00 |
| **Insurance Expense** |  |
| Health | 158.40 |
| Insurance Expense - Other | 1,893.60 |
| **Total Insurance Expense** | 2,052.00 |
| Interest Expense | -0.50 |
| Internet, Cable & TV | 2,198.39 |
| Licenses & Permits | 675.84 |
| Meals and Entertainment | 1,628.24 |
| Medical Records and Supplies | 1,659.23 |
| Office Supplies | 2,610.26 |
| **Payroll Expenses** |  |
| Gross Pay | 18,395.74 |
| **Taxes** |  |
| FL Unemployment Tax | 163.62 |
| FUTA | 42.00 |
| Medicare | 266.74 |
| Social Security | 1,140.54 |
| **Total Taxes** | 1,612.90 |
| **Total Payroll Expenses** | 20,008.64 |
| Postage & Delivery | 203.38 |
| **Professional Fees** |  |
| Legal | 925.00 |
| **Total Professional Fees** | 925.00 |
| Rent Expense | 9,538.32 |
| Telephone Expense | 990.90 |
| Travel Expense | 2,271.71 |
| **Total Expense** | 57,740.47 |
| **Net Ordinary Income** | 29,684.73 |
| **Net Income** | 29,684.73 |

**Transactions for period 01/01/1900 to 05/01/2016:**

| Trans Number | Value Date | Trans Type | Product Code | Description | Cur | Dollars | Fine Ounces | Gold Balance | Silver Balance | Platinum Balance | Palladium Balance | Balance (US dollars) | Balance (AU dollars) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | OPENING BALANCE | | | | 0.000 | 0.000 | 0.000 | 0.000 | | 0.00 |
| PMCP | | | | | | | | | | | | | |
| 62617 | 09/09/09 | Cash | Deposit | | USD | 10275.00 | | | | | | 10275.00 | 0.00 |
| 62638 | 14/09/09 | Buy | U1 | Unallocated Gold | USD | -9999.90 | 10.032 | 10.032 | 0.000 | 0.000 | 0.000 | 275.10 | 0.00 |
| 62638 | 14/09/09 | Buy | DTUSD | USD Trading Fee | USD | -25.00 | 0.000 | 10.032 | 0.000 | 0.000 | 0.000 | 250.10 | 0.00 |
| 62638 | 14/09/09 | Buy | DCUSD | Certificate Fee | USD | -50.00 | 0.000 | 10.032 | 0.000 | 0.000 | 0.000 | 200.10 | 0.00 |
| 63945 | 07/10/09 | Cash | Payment | | USD | -200.10 | | | | | | 0.00 | 0.00 |
| 74254 | 27/05/10 | Cash | Deposit | | USD | 20000.00 | | | | | | 20000.00 | 0.00 |
| 74138 | 28/05/10 | Sell | U1 | Unallocated Gold | USD | 12083.54 | -10.032 | 0.000 | 0.000 | 0.000 | 0.000 | 32083.54 | 0.00 |
| 74139 | 28/05/10 | Buy | A1BD | Alloc 1oz Gold bar | USD | -12395.00 | 10.000 | 10.000 | 0.000 | 0.000 | 0.000 | 19688.54 | 0.00 |
| 74139 | 28/05/10 | Buy | DSUSD | USD Storage Fee | USD | -107.42 | 0.000 | 10.000 | 0.000 | 0.000 | 0.000 | 19581.12 | 0.00 |
| 74139 | 28/05/10 | Buy | DCUSD | Certificate Fee | USD | -50.00 | 0.000 | 10.000 | 0.000 | 0.000 | 0.000 | 19531.12 | 0.00 |
| 74899 | 16/06/10 | Buy | A1BD | Alloc 1oz Gold bar | USD | -18853.50 | 15.000 | 25.000 | 0.000 | 0.000 | 0.000 | 677.62 | 0.00 |
| 74899 | 16/06/10 | Buy | DSUSD | USD Storage Fee | USD | -149.14 | 0.000 | 25.000 | 0.000 | 0.000 | 0.000 | 528.48 | 0.00 |
| 74899 | 16/06/10 | Buy | DTUSD | USD Trading Fee | USD | -45.82 | 0.000 | 25.000 | 0.000 | 0.000 | 0.000 | 482.66 | 0.00 |
| 74899 | 16/06/10 | Buy | DCUSD | Certificate Fee | USD | -50.00 | 0.000 | 25.000 | 0.000 | 0.000 | 0.000 | 432.66 | 0.00 |
| 76241 | 09/07/10 | Cash | Payment | | USD | -369.08 | | | | | | 63.58 | 0.00 |
| 76846 | 23/07/10 | Cash | Deposit | | USD | 50.00 | | | | | | 113.58 | 0.00 |
| 77421 | 11/08/10 | Cash | Payment | | USD | -50.00 | | | | | | 63.58 | 0.00 |
| 87626 | 03/05/11 | Invoice | DSUSD | Storage to: 30/06/11 | USD | -89.60 | 0.000 | 25.000 | 0.000 | 0.000 | 0.000 | -26.02 | 0.00 |
| 87626 | 03/05/11 | Invoice | DSUSD | Storage to: 30/06/11 | USD | -136.33 | 0.000 | 25.000 | 0.000 | 0.000 | 0.000 | -162.35 | 0.00 |
| 90957 | 10/05/11 | Cash | Deposit | | USD | 162.35 | | | | | | 0.00 | 0.00 |
| 101575 | 07/02/12 | Cash | Deposit | | USD | 196.95 | | | | | | 196.95 | 0.00 |
| 93122 | 08/02/12 | Invoice | DSUSD | Storage to: 30/09/11 | USD | -94.87 | 0.000 | 25.000 | 0.000 | 0.000 | 0.000 | 102.08 | 0.00 |
| 97163 | 08/02/12 | Invoice | DSUSD | Storage to: 31/12/11 | USD | -102.08 | 0.000 | 25.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| 108505 | 27/08/12 | Cash | Deposit | | USD | 199.80 | | | | | | 199.80 | 0.00 |
| 105620 | 31/08/12 | Invoice | DSUSD | Storage 01/01/12 to 30/06/12 | USD | -199.80 | 0.000 | 25.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| 109941 | 08/10/12 | Invoice | DSUSD | Storage Storage fees for: A1BD | USD | -104.38 | 0.000 | 25.000 | 0.000 | 0.000 | 0.000 | -104.38 | 0.00 |
| 110169 | 16/10/12 | Sell | A1BD | Alloc 1oz Gold bar | USD | 26644.50 | -15.000 | 10.000 | 0.000 | 0.000 | 0.000 | 26540.12 | 0.00 |
| 110169 | 16/10/12 | Sell | DTUSD | USD Trading Fee | USD | -66.61 | 0.000 | 10.000 | 0.000 | 0.000 | 0.000 | 26473.51 | 0.00 |
| 110170 | 16/10/12 | Sell | A1BD | Alloc 1oz Gold bar | USD | 17763.00 | -10.000 | 0.000 | 0.000 | 0.000 | 0.000 | 44236.51 | 0.00 |
| 110170 | 16/10/12 | Sell | DTUSD | USD Trading Fee | USD | -44.41 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 44192.10 | 0.00 |
| 110157 | 17/10/12 | Cash | Payment | | USD | -44192.10 | | | | | | 0.00 | 0.00 |

**Outstanding Transactions as at 05/01/2016:** No Transactions

**Allocated Metal Holding as at 04/01/2016:** No Allocated Metal holdings

---
The Perth Mint | Depository - RptD-CustStmt v:1.06

# EXHIBIT 1

# United States Bankruptcy Court
## Southern District of Florida

In re __Gary Francis Hoste__

_____ Debtor(s)

Case No. __15-28607__

Chapter __7__

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __45__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date __January 29, 2016__

Signature __/s/ Gary Francis Hoste__

**Gary Francis Hoste**

Debtor

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Gary Francis Hoste**                                                    Case No.   **15-28607**

                                    Debtor(s)                                   Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **January 29, 2016**                                   **/s/ Gary Francis Hoste**
                                                               **Gary Francis Hoste**
                                                               Signature of Debtor

.

ADT Security Services, LLC
14200 E. Exposition Avenue
Aurora, CO 80012


Amex
Correspondence
Po Box 981540
El Paso, TX 79998


ARMCHEM International Corp.
3563 NW 53rd Court
Fort Lauderdale, FL 33309


AXIS Financial Services
2774 Gateway Road
Carlsbad, CA 92009


Broward County Taxing Authority
115 Andrews Avenue
Room A-100
Fort Lauderdale, FL 33301


Charles L. Jaffee, P.A.
7301A W. Palmetto Park Road, Ste. 305-C
Boca Raton, FL 33433-3466


CIT
One CIT Drive
Livingston, NJ 07039


CIT Small Business Lending Corp.
c/o Kubicki Draper
515 N. Flagler Drive, Suite 1800
West Palm Beach, FL 33401


Citi Cards
P.O. Box 6500
Sioux Falls, SD 57117


Citibank/Best Buy
Centralized Bankruptcy/CitiCorp Credit S
Po Box 790040
St Louis, MO 63179

Citibankna
Citibank / One Sto
O Fallon, MO 63368


Collections Unlimited, Inc.
P.O. Box 1236
Crystal River, FL 34423


Comcast Cable Communications, LLC
Attn: Law Department
One Comcast Center
Philadelphia, PA 19103-2838


Dental Law Firm d/b/a Schocet Law Group
3900 Woodlake Blvd., Suite 202
Lake Worth, FL 33463


Euler Hermes Collections
600 South 7th Street
Louisville, KY 40203


Internal Revenue Service
Stop 6525 (SC CIS)
Kansas City, MO 64999-0025


Internal Revenue Service
Special Procedures - Field Insolvency
7850 SW 6th Court
Fort Lauderdale, FL 33324


Jeffrey Miller
3422 Bermuda Court
San Ramon, CA 94582


Kramer & Associates
401 Hackensack Avenue
9th Floor
Hackensack, NJ 07601


Navient
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 18773

Nelnet
3015 S. Parker Rd, Ste 425
Aurora, CO 80014


Nelnet Inc.
P.O. Box 82561
Lincoln, NE 68501


Pinnacle Recovery, Inc.
P.O. Box 130848
Carlsbad, CA 92013-0848


Sage Capital Recovery
1040 Kings Hwy N.
Cherry Hill, NJ 08034


Small Business Administration
801 Tom Martin Drive, Suite 120
Birmingham, AL 35211


Southeast Toyota Finance
P.O. Box 991817
Mobile, AL 36691-8817


SPM Resorts - La Costa Beach Club
1504 N. Ocean Blvd.
Pompano Beach, FL 33062


Synchrony Bank/ JC Penneys
Attn: Bankrupty
Po Box 103104
Roswell, GA 30076


Transworld Systems Inc.
507 Prudential Road
Horsham, PA 19044


U.S. Bank Equipment Finance
P.O. Box 790448
Saint Louis, MO 63179-0448


UCRC Holdings, Inc.
c/o Kenneth Sandler, Esq.
2924 Davie Road, Suite 200
Fort Lauderdale, FL 33314

UCRC Inc.
P.O. Box 25056
Fort Lauderdale, FL 33320-5056


Us Bank
200 Gibraltar Rd Ste 315
Horsham, PA 19044


World Omni Financial
6150 Omni Park Dr
Mobile, AL 36609