## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In Re:

GARY FRANCIS HOSTE                                   Case No.: 15-28607-JKO
                                                     Chapter 7

_____DEBTOR(S)___

## NOTICE OF TURNOVER

COMES NOW, SONYA L. SALKIN, TRUSTEE, and hereby advises the Clerk that the following items have been turned over to or recovered by the Trustee, as follows:

**APMEX 1 Kilo Bars**- (30) thirty

**APMEX Bags of Coins**- (7) Seven

**Sunshine Minting, Inc. 5 oz. Bars**- (40) Forty

**APMEX 1 oz. Silver Bars-** (150) One Hundred and Fifty

These items secured and safe in a security deposit box at:

TD Bank
1800 N. Pine Island Road.
Plantation, FL 33322

Dated: February 24, 2016                    **By: Sonya L. Salkin, Trustee**
                                            Sonya L. Salkin, Trustee
                                            P.O. Box 15580
                                            Plantation, FL 33318
                                            (954) 423-4469