FORM d

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

| Case No.: | 15-28607 | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | HOSTE, GARY FRANCIS | Date Filed (f) or Converted (c): | 10/20/2015 (f) |
| For the Period Ending: | 09/30/2016 | §341(a) Meeting Date: | 11/23/2015 |
| | | Claims Bar Date: | 03/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  The La Costa Beach Club Resort time share 1504 North Ocean Boulevard, Unit 223, Pompano Beach, FL 33062 | Unknown | $0.00 | | $0.00 | FA |
| 2  Bank United Checking Account - XXXXXXXX1425 1730 Sunrise Blvd., Fort Lauderdale, FL | $37,025.81 | $0.00 | | $36,625.80 | FA |
| 3  Citi Bank Checking Account - 3101 N. Federal Highway, Fort Lauderdale, FL | $70.00 | $0.00 | | $0.00 | FA |
| 4  Security Deposit with Souza Reality, LLC P.O. Box 307 Newport, KY 41072 | $1,900.00 | $0.00 | | $0.00 | FA |
| 5  TV, Couch Set, Dining Set, Bed, Fouton, Fish Tank | $1,000.00 | $0.00 | | $0.00 | FA |
| 6  Clothes | $500.00 | $0.00 | | $0.00 | FA |
| 7  Suntrust West IRA | $56,400.00 | Unknown | | $0.00 | Unknown |
| 8  exam medical equipment and printer | $800.00 | $0.00 | | $0.00 | FA |
| 9  Adversary proceedings regarding transfers (u) | $0.00 | Unknown | | $0.00 | Unknown |
| **Asset Notes:** AP 16-01324-JKO Salkin v. Hoste- pending | | | | | |
| 10  AP Salkin v Chan et al (u) | $0.00 | Unknown | | $0.00 | Unknown |
| **Asset Notes:** AP 16-01337-JKO Salkin c. Chan et al- pending | | | | | |
| 11  Assorted Gold and Silver (u) | $0.00 | $250,000.00 | | $0.00 | $250,000.00 |
| **Asset Notes:** Stored in security box, recovered from Singapore, transported by Loomis. | | | | | |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset**
| | $97,695.81 | $250,000.00 | | $36,625.80 | $250,000.00 |

**Major Activities affecting case closing:**

FORM d

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 15-28607 | Trustee Name: | Sonya L. Salkin |
| Case Name: | HOSTE, GARY FRANCIS | Date Filed (f) or Converted (c): | 10/20/2015 (f) |
| For the Period Ending: | 09/30/2016 | §341(a) Meeting Date: | 11/23/2015 |
| | | Claims Bar Date: | 03/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

12/21/2015   1. Trustee retaining counsel to assist in pursuing missing unscheduled assets and potential claims against transferees and obtain the garnished funds. Adversary proceedings pending. (9/23/16). SLS

2. Claims Bar Date: 03/23/2016; initial review. possible objections sent to counsel. 3/26/16 Claims objections holding pending further administration of the case. 9/23/16 SLS

3. Tax return by Kapila if needed.

Initial Projected Date Of Final Report (TFR):    01/07/2018          Current Projected Date Of Final Report (TFR):            /s/ SONYA L. SALKIN

SONYA L. SALKIN

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 15-28607 | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | HOSTE, GARY FRANCIS | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7321 | Checking Acct #: | ******0939 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 01/01/2000 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/12/2016 | (2) | BANKUNITED NA | TURNOVER OF GARNISHED FUNDS PURSUANT TO DEMAND LETTER 2/4/2016 | 1129-000 | $36,625.80 | | $36,625.80 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.71 | $36,601.09 |
| 03/07/2016 | 1001 | SONYA SALKIN | REIMBURSEMENT FOR COST OF SECURITY BOX PURSUANT TO ORDER DATED 3/4/16 (CP 67) | 2420-000 | | $96.00 | $36,505.09 |
| 03/14/2016 | 1002 | OUELLETTE & MAULDIN | payment of court reporter attendance fee pursuant to local admin order 2016-1A | 2990-000 | | $355.00 | $36,150.09 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.55 | $36,091.54 |
| 04/26/2016 | 1003 | OUELLETTE AND MAULDIN | PAYMENT OF COURT REPORTER ATTENDANCE FEE PER ORDER DATED 4/26/16 (CP 97) | 2990-000 | | $465.00 | $35,626.54 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.20 | $35,570.34 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $57.31 | $35,513.03 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.30 | $35,457.73 |
| 07/06/2016 | 1004 | OUELLETTE AND MAUDLIN | PAYMENT OF COURT REPORT FEES PURSUANT TO ORDER DATED 7/5/16 (CP 122) | 2990-000 | | $1,897.20 | $33,560.53 |
| 07/11/2016 | 1005 | Loomis International INC | PAYMENT FOR TRANSPORTATION AND STORAGE PER ORDER DATED 6/24/16 (CP 118) | 2420-000 | | $4,810.00 | $28,750.53 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $51.99 | $28,698.54 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $46.18 | $28,652.36 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $44.62 | $28,607.74 |

**SUBTOTALS**   $36,625.80   $8,018.06

# FORM 2

Page No: 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 15-28607 | **Trustee Name:** | Sonya L. Salkin |
| **Case Name:** | HOSTE, GARY FRANCIS | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***7321 | **Checking Acct #:** | ******0939 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 01/01/2000 | **Blanket bond (per case limit):** | $129,177,000.00 |
| **For Period Ending:** | 09/30/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | |
|---|---|---|---|---|---|
| | | **TOTALS:** | | $36,625.80 | $8,018.06 | $28,607.74 |
| | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | **Subtotal** | | $36,625.80 | $8,018.06 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $36,625.80 | $8,018.06 | |

| For the period of 01/01/2000 to 09/30/2016 | | For the entire history of the account between 02/12/2016 to 9/30/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $36,625.80 | Total Compensable Receipts: | $36,625.80 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,625.80 | Total Comp/Non Comp Receipts: | $36,625.80 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,018.06 | Total Compensable Disbursements: | $8,018.06 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,018.06 | Total Comp/Non Comp Disbursements: | $8,018.06 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No. | 15-28607 | | Trustee Name: | Sonya L. Salkin |
| Case Name: | HOSTE, GARY FRANCIS | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7321 | | Checking Acct #: | ******0939 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 01/01/2000 | | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 09/30/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $36,625.80 | $8,018.06 | $28,607.74 |

| For the period of  01/01/2000 to 09/30/2016 | | For the entire history of the account between 02/12/2016  to 9/30/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $36,625.80 | Total Compensable Receipts: | $36,625.80 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,625.80 | Total Comp/Non Comp Receipts: | $36,625.80 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,018.06 | Total Compensable Disbursements: | $8,018.06 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $8,018.06 | Total Comp/Non Comp  Disbursements: | $8,018.06 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |