UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-28607-JKO |
| | § | |
| GARY FRANCIS HOSTE | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/20/2015. The undersigned trustee was appointed on 10/20/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $275,680.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $8,393.20 |
    | Bank service fees | $2,320.23 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $264,966.57 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/23/2016 and the deadline for filing government claims was 04/20/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $17,034.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $17,034.00, for a total compensation of $17,034.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $158.39, for total expenses of $158.39.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/10/2017          By:   /s/ Sonya L. Salkin
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 15-28607-JKO | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | HOSTE, GARY FRANCIS | Date Filed (f) or Converted (c): | 10/20/2015 (f) |
| For the Period Ending: | 10/10/2017 | §341(a) Meeting Date: | 11/23/2015 |
| | | Claims Bar Date: | 03/23/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | The La Costa Beach Club Resort time share 1504 North Ocean Boulevard, Unit 223, Pompano Beach, FL 33062 | Unknown | $0.00 | | $0.00 | FA |
| 2 | Bank United Checking Account - XXXXXXXX1425 1730 Sunrise Blvd., Fort Lauderdale, FL | $37,025.81 | $0.00 | | $36,625.80 | FA |
| 3 | Citi Bank Checking Account - 3101 N. Federal Highway, Fort Lauderdale, FL | $70.00 | $0.00 | | $0.00 | FA |
| 4 | Security Deposit with Souza Reality, LLC P.O. Box 307 Newport, KY 41072 | $1,900.00 | $0.00 | | $0.00 | FA |
| 5 | TV, Couch Set, Dining Set, Bed, Fouton, Fish Tank | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | Clothes | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Suntrust West IRA | $56,400.00 | $0.00 | | $0.00 | FA |
| 8 | exam medical equipment and printer | $800.00 | $0.00 | | $0.00 | FA |
| 9 | Adversary proceedings regarding transfers (u) | $0.00 | Unknown | | $0.00 | FA |
| Asset Notes: | AP 16-01324-JKO Salkin v. Hoste- pending | | | | | |
| 10 | AP Salkin v Chan et al (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | AP 16-01337-JKO Salkin c. Chan et al- pending | | | | | |
| 11 | Assorted Gold and Silver (u) | $0.00 | $238,000.00 | | $239,054.20 | FA |
| Asset Notes: | Stored in security box, recovered from Singapore, transported by Loomis. | | | | | |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$97,695.81    $238,000.00    $275,680.00    $0.00

**Major Activities affecting case closing:**

1. Trustee retaining counsel to assist in pursuing missing unscheduled assets and potential claims against transferees and obtain the garnished funds. Adversary proceedings pending. ( 9/23/16). SLS

2. Claims Bar Date: 03/23/2016; initial review. possible objections sent to counsel. 3/26/16 Claims objections holding pending further administration of the case. 9/23/16 SLS claims OK per SLS

3. Tax returns prepared and filed by Kapila.

| Initial Projected Date Of Final Report (TFR): | 01/07/2018 | /s/ SONYA L. SALKIN |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | | SONYA L. SALKIN |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-28607-JKO | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | HOSTE, GARY FRANCIS | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7321 | Checking Acct #: | ******0939 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/20/2015 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 10/10/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/12/2016 | (2) | BANKUNITED NA | TURNOVER OF GARNISHED FUNDS PURSUANT TO DEMAND LETTER 2/4/2016 | 1129-000 | $36,625.80 | | $36,625.80 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.71 | $36,601.09 |
| 03/07/2016 | 1001 | SONYA SALKIN | REIMBURSEMENT FOR COST OF SECURITY BOX PURSUANT TO ORDER DATED 3/4/16 (CP 67) | 2420-000 | | $96.00 | $36,505.09 |
| 03/14/2016 | 1002 | OUELLETTE & MAULDIN | payment of court reporter attendance fee pursuant to local admin order 2016-1A | 2990-000 | | $355.00 | $36,150.09 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.55 | $36,091.54 |
| 04/26/2016 | 1003 | OUELLETTE AND MAULDIN | PAYMENT OF COURT REPORTER ATTENDANCE FEE PER ORDER DATED 4/26/16 (CP 97) | 2990-000 | | $465.00 | $35,626.54 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.20 | $35,570.34 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $57.31 | $35,513.03 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.30 | $35,457.73 |
| 07/06/2016 | 1004 | OUELLETTE AND MAUDLIN | PAYMENT OF COURT REPORT FEES PURSUANT TO ORDER DATED 7/5/16 (CP 122) | 2990-000 | | $1,897.20 | $33,560.53 |
| 07/11/2016 | 1005 | Loomis International INC | PAYMENT FOR TRANSPORTATION AND STORAGE PER ORDER DATED 6/24/16 (CP 118) | 2420-000 | | $4,810.00 | $28,750.53 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $51.99 | $28,698.54 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $46.18 | $28,652.36 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $44.62 | $28,607.74 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $46.03 | $28,561.71 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $44.48 | $28,517.23 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $45.89 | $28,471.34 |
| 01/09/2017 | 1006 | LOOMIS INTERNATIONAL (US) INC | PAYMENT OF STORAGE CHARGES JULY-DECEMBER PER COURT ORDER DATED 6/27/16 (CP 118) | 2420-000 | | $270.00 | $28,201.34 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $45.81 | $28,155.53 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $41.03 | $28,114.50 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.58 | $28,058.92 |

**SUBTOTALS** $36,625.80 $8,566.88

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 15-28607-JKO | |
| Case Name: | HOSTE, GARY FRANCIS | |
| Primary Taxpayer ID #: | **-***7321 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/20/2015 | |
| For Period Ending: | 10/10/2017 | |

| | | |
|---|---|---|
| Trustee Name: | Sonya L. Salkin | |
| Bank Name: | Bank of Texas | |
| Checking Acct #: | ******0939 | |
| Account Title: | | |
| Blanket bond (per case limit): | $129,177,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/03/2017 | (11) | Elemetal Capital | payment on transfer of metals pursuant to sales order DATED 3/31/17 (CP 161) | 1229-000 | $196,227.34 | | $224,286.26 |
| 04/19/2017 | (11) | GARY HOSTE | PAYMENT ON SETTLEMENT PER ORDER DATED 3/31/17 ( CP 161) | 1229-000 | $42,146.86 | | $266,433.12 |
| 04/26/2017 | (11) | GARY HOSTE | PAYMENT TO ESTATE FOR REIMBURSEMENT OF EXPENSES ON SALE PER SALES ORDER DATED 3/31/17 (CP 161) | 1229-000 | $680.00 | | $267,113.12 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $372.30 | $266,740.82 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $430.43 | $266,310.39 |
| 06/12/2017 | 1007 | GEORGE RICHARDS | payment of transportation/securing of metals per order dated 3/30/17 ( CP 161) | 2420-000 | | $500.00 | $265,810.39 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $415.56 | $265,394.83 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $428.26 | $264,966.57 |
| | | | TOTALS: | | $275,680.00 | $10,713.43 | $264,966.57 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $275,680.00 | $10,713.43 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $275,680.00 | $10,713.43 | |

| For the period of 10/20/2015 to 10/10/2017 | | For the entire history of the account between 02/12/2016 to 10/10/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $275,680.00 | Total Compensable Receipts: | $275,680.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $275,680.00 | Total Comp/Non Comp Receipts: | $275,680.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,713.43 | Total Compensable Disbursements: | $10,713.43 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,713.43 | Total Comp/Non Comp Disbursements: | $10,713.43 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-28607-JKO | Trustee Name: | Sonya L. Salkin |
| --- | --- | --- | --- |
| Case Name: | HOSTE, GARY FRANCIS | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7321 | Checking Acct #: | ******0939 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/20/2015 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 10/10/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $275,680.00 | $10,713.43 | $264,966.57 |

**For the period of 10/20/2015 to 10/10/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $275,680.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $275,680.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,713.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,713.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/20/2015 to 10/10/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $275,680.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $275,680.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,713.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,713.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SONYA L. SALKIN

SONYA L. SALKIN

# CLAIM ANALYSIS REPORT

| | | Page No: 1 | Exhibit C |
|---|---|---|---|

| Case No.: | 15-28607-JKO | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | HOSTE, GARY FRANCIS | Date: | 10/10/2017 |
| Claims Bar Date: | 03/23/2016 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SONYA L. SALKIN P.O. Box 15580 Plantation FL 33318 | 12/21/2015 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $158.39 | $158.39 | $0.00 | $0.00 | $0.00 | $158.39 |
| | SALKIN LAW FIRM 950 S. Pine Island Rd. Suite A-150 PLANTATION FL 33324 | 05/23/2017 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $75,000.00 | $75,000.00 | $0.00 | $0.00 | $0.00 | $75,000.00 |
| **Claim Notes:** ECF 180 | | | | | | | | | | | | |
| | SALKIN LAW FIRM 950 S. Pine Island Rd. Suite A-150 PLANTATION FL 33324 | 05/23/2017 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $1,005.67 | $1,005.67 | $0.00 | $0.00 | $0.00 | $1,005.67 |
| **Claim Notes:** ECF 180 | | | | | | | | | | | | |
| | LEIDERMAN SHELOMITH ALEXANDER AND SOMODEVILLA 2699 STIRLING ROAD-C401 HOLLYWOOD FL 33312-6599 | 07/16/2017 | Attorney for Creditor Fees | Allowed | 3991-120 | $0.00 | $10,975.50 | $10,975.50 | $0.00 | $0.00 | $0.00 | $10,975.50 |
| **Claim Notes:** per order dated 5/4/2017 CP 174 | | | | | | | | | | | | |
| | MARK W. RICKARD, P.A. P.O. Box 16207 Plantation FL 33318 | 07/16/2017 | Attorney for Creditor Fees | Allowed | 3991-120 | $0.00 | $19,500.00 | $19,500.00 | $0.00 | $0.00 | $0.00 | $19,500.00 |
| **Claim Notes:** per CP 176 | | | | | | | | | | | | |
| | HOWARD LEVINE, ESQ. 1560 Lenox Avenue- #307 Miami Beach FL 33139 | 07/16/2017 | Attorney for Creditor Fees | Allowed | 3991-120 | $0.00 | $22,000.00 | $22,000.00 | $0.00 | $0.00 | $0.00 | $22,000.00 |
| **Claim Notes:** per CP 177 | | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**      Page No: 2      Exhibit C

| Case No. | 15-28607-JKO | | | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|---|---|
| Case Name: | HOSTE, GARY FRANCIS | | | Date: | 10/10/2017 |
| Claims Bar Date: | 03/23/2016 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KAPILA MUKAMAL<br><br>1000 S Federal Hwy #200<br>Fort Lauderdale FL 33316 | 08/28/2017 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $5,259.00 | $5,259.00 | $0.00 | $0.00 | $0.00 | $5,259.00 |
| **Claim Notes:** | per CP 186 | | | | | | | | | | | |
| | KAPILA MUKAMAL<br><br>1000 S Federal Hwy #200<br>Fort Lauderdale FL 33316 | 08/28/2017 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $38.71 | $38.71 | $0.00 | $0.00 | $0.00 | $38.71 |
| **Claim Notes:** | per CP 186 | | | | | | | | | | | |
| | LEIDERMAN SHELOMITH PA<br>2699 STIRLING ROAD-C401<br>HOLLYWOOD FL 33312-6599 | 08/28/2017 | Attorney for Creditor Fees | Allowed | 3991-120 | $0.00 | $2,524.50 | $2,524.50 | $0.00 | $0.00 | $0.00 | $2,524.50 |
| **Claim Notes:** | per CP 175 | | | | | | | | | | | |
| | JEFFREY MILLER<br><br>2699 Stirling Road, C401<br>Fort Lauderdale FL 33312 | 08/28/2017 | Other Chapter 7 Administrative Expenses | Allowed | 2990-000 | $0.00 | $33,374.20 | $33,374.20 | $0.00 | $0.00 | $0.00 | $33,374.20 |
| **Claim Notes:** | per CP 161 | | | | | | | | | | | |
| | SONYA L. SALKIN<br>P.O. Box 15580<br>Plantation FL 33318 | 08/28/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $17,034.00 | $17,034.00 | $0.00 | $0.00 | $0.00 | $17,034.00 |
| 1 | NELNET<br>121 South 13th Street, Suite 201<br>Lincoln NE 68508 | 01/02/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $95,418.91 | $95,418.91 | $0.00 | $0.00 | $0.00 | $95,418.91 |
| 2 | INTERNAL REVENUE SERVICE<br>Stop 6525 (SC CIS)<br>Kansas City MO 64999-0025 | 02/02/2016 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $22,447.78 | $22,447.78 | $0.00 | $0.00 | $0.00 | $22,447.78 |

CLAIM ANALYSIS REPORT

Page No: 3  Exhibit C

| Case No.: | 15-28607-JKO | Trustee Name: | Sonya L. Salkin |
| Case Name: | HOSTE, GARY FRANCIS | Date: | 10/10/2017 |
| Claims Bar Date: | 03/23/2016 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2a | INTERNAL REVENUE SERVICE  Stop 6525 (SC CIS)  Kansas City MO 64999-0025 | 02/02/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,433.68 | $1,433.68 | $0.00 | $0.00 | $0.00 | $1,433.68 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE  of Citibank, N.A.  Resurgent Capital Services  PO Box 19008  Greenville SC 29602 | 02/24/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,392.17 | $3,392.17 | $0.00 | $0.00 | $0.00 | $3,392.17 |
| 4 | CIT  One CIT Drive  Livingston NJ 07039 | 03/03/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $379,733.14 | $379,733.14 | $0.00 | $0.00 | $0.00 | $379,733.14 |
| 5 | CITIBANK, N.A.  c/o Quantum3 Group LLC  PO Box 280  Kirkland WA 98083-0280 | 03/15/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $356.47 | $356.47 | $0.00 | $0.00 | $0.00 | $356.47 |

**Claim Notes:** (5-1) Money Loaned

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | JEFFREY MILLER  c/o Zach B. Shelomith, Esq.  2699 Stirling Rd # C401  Lauderdale FL 33312 | 03/23/2016 | Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens) | Allowed | 4220-000 | $0.00 | $490,084.91 | $36,625.80 | $0.00 | $0.00 | $0.00 | $36,625.80 |
| | | | | | | $1,179,737.03 | $726,277.92 | $0.00 | $0.00 | $0.00 | $726,277.92 |

**CLAIM ANALYSIS REPORT**

Page No: 4     Exhibit C

| Case No. | 15-28607-JKO | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | HOSTE, GARY FRANCIS | Date: | 10/10/2017 |
| Claims Bar Date: | 03/23/2016 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Expenses (Other Firm) | $38.71 | $38.71 | $0.00 | $0.00 | $0.00 | $38.71 |
| Accountant for Trustee Fees (Other Firm) | $5,259.00 | $5,259.00 | $0.00 | $0.00 | $0.00 | $5,259.00 |
| Attorney for Creditor Fees | $55,000.00 | $55,000.00 | $0.00 | $0.00 | $0.00 | $55,000.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $1,005.67 | $1,005.67 | $0.00 | $0.00 | $0.00 | $1,005.67 |
| Attorney for Trustee Fees (Trustee Firm) | $75,000.00 | $75,000.00 | $0.00 | $0.00 | $0.00 | $75,000.00 |
| Claims of Governmental Units | $22,447.78 | $22,447.78 | $0.00 | $0.00 | $0.00 | $22,447.78 |
| General Unsecured § 726(a)(2) | $480,334.37 | $480,334.37 | $0.00 | $0.00 | $0.00 | $480,334.37 |
| Other Chapter 7 Administrative Expenses | $33,374.20 | $33,374.20 | $0.00 | $0.00 | $0.00 | $33,374.20 |
| Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens) | $490,084.91 | $36,625.80 | $0.00 | $0.00 | $0.00 | $36,625.80 |
| Trustee Compensation | $17,034.00 | $17,034.00 | $0.00 | $0.00 | $0.00 | $17,034.00 |
| Trustee Expenses | $158.39 | $158.39 | $0.00 | $0.00 | $0.00 | $158.39 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      15-28607-JKO
Case Name:     GARY FRANCIS HOSTE
Trustee Name:  Sonya L. Salkin

Balance on hand:      $264,966.57

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 6 | Jeffrey Miller | $490,084.91 | $36,625.80 | $0.00 | $36,625.80 |

Total to be paid to secured creditors:      $36,625.80
Remaining balance:      $228,340.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Sonya L. Salkin, Trustee Fees | $17,034.00 | $0.00 | $17,034.00 |
| Sonya L. Salkin, Trustee Expenses | $158.39 | $0.00 | $158.39 |
| SALKIN LAW FIRM, Attorney for Trustee Fees | $75,000.00 | $0.00 | $75,000.00 |
| SALKIN LAW FIRM, Attorney for Trustee Expenses | $1,005.67 | $0.00 | $1,005.67 |
| Kapila Mukamal, Accountant for Trustee Fees | $5,259.00 | $0.00 | $5,259.00 |
| Kapila Mukamal, Accountant for Trustee Expenses | $38.71 | $0.00 | $38.71 |
| Other: Howard Levine, Esq., Attorney for Creditor Fees | $22,000.00 | $0.00 | $22,000.00 |
| Other: Leiderman Shelomith Alexander and Somodevilla, Attorney for Creditor Fees | $10,975.50 | $0.00 | $10,975.50 |
| Other: Leiderman Shelomith PA, Attorney for Creditor Fees | $2,524.50 | $0.00 | $2,524.50 |
| Other: Mark W. Rickard, P.A., Attorney for Creditor Fees | $19,500.00 | $0.00 | $19,500.00 |
| Other: Jeffrey Miller, Other Chapter 7 Administrative Expenses | $33,374.20 | $0.00 | $33,374.20 |

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid for chapter 7 administrative expenses: | $186,869.97 |
|---|---|---|
|  | Remaining balance: | $41,470.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $41,470.80 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $22,447.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $22,447.78 | $0.00 | $22,447.78 |

|  | Total to be paid to priority claims: | $22,447.78 |
|---|---|---|
|  | Remaining balance: | $19,023.02 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $480,334.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Nelnet | $95,418.91 | $0.00 | $3,778.94 |
| 2a | Internal Revenue Service | $1,433.68 | $0.00 | $56.78 |
| 3 | PYOD, LLC its successors and assigns as assignee | $3,392.17 | $0.00 | $134.34 |
| 4 | CIT | $379,733.14 | $0.00 | $15,038.84 |
| 5 | Citibank, N.A. | $356.47 | $0.00 | $14.12 |

|  | Total to be paid to timely general unsecured claims: | $19,023.02 |
|---|---|---|

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**